IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LESLIE J. LEFF and RONNIE H. LEFF,    :
    :
    Plaintiffs,    :
    :
    v.    :    Case No. 08C 0733
    :
DEUTSCHE BANK AG, and DEUTSCHE BANK    :    Judge Robert M. Dow
SECURITIES, INC., D/BA/ DEUTSCHE BANK    :
ALEX. BROWN, a DIVISION OF DEUTSCHE    :    Magistrate Judge Keys
BANK SECURITIES, INC.,    :
    :
    Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEUTSCHE BANK AG AND DEUTSCHE BANK SECURITIES INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. (collectively, "Deutsche Bank") pursuant to Rule 6(b) of the Federal Rules of Civil Procedure respectfully move this Court to enter an Order extending the time for Deutsche Bank to answer, move against or otherwise respond to Plaintiffs' Complaint to and including March 26, 2008. Respectfully, this motion does not waive any of Deutsche Bank's rights, defenses and objections, all of which are reserved. In support of its motion, Deutsche Bank states as follows:

1.    Plaintiffs filed their Complaint on or about February 4, 2008. The Complaint is 239 paragraphs long and involves claims stemming from Plaintiffs' implementation of various alleged tax strategies.

2.    Counsel for Deutsche Bank agreed to accept service of Plaintiffs' Complaint on or about February 4, 2008.

3.    Given the complexity of the Complaint, Deutsche Bank requests that the

Court extend the time for Deutsche Bank to answer, move against or otherwise respond to the Complaint to and including March 26, 2008.  This is Deutsche Bank's first request for an extension of time to answer, move against or otherwise respond to the Complaint.

        4.    Counsel for Deutsche Bank has conferred with counsel for Plaintiffs and has been informed that Plaintiffs do not oppose the extension of time requested herein.

        WHEREFORE, Deutsche Bank respectfully requests that the Court enter an Order extending the time for Deutsche Bank to answer, move against or otherwise respond to Plaintiffs' Complaint to and including March 26, 2008.

Dated:  Chicago, Illinois
      February 21, 2008

Respectfully submitted,

DEWEY & LeBOEUF LLP


By:___*/s/ Erin Ziaja*_____

| | |
|---|---|
| Erin L. Ziaja (ID # 6278775) | Lawrence M. Hill |
| Two Prudential Plaza, Suite 3700 | Seth C. Farber |
| 180 North Stetson Avenue | DEWEY & LeBOEUF LLP |
| Chicago, Illinois 60601 | 1301 Avenue of the Americas |
| Telephone:  (312) 794-8000 | New York, New York 10019-6092 |
| Facsimile:  (312) 794-8100 | Telephone:  (212) 259-8000 |
| eziaja@dl.com | Facsimile:  (212) 259-6333 |

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*