IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------- x
LESLIE J. LEFF and RONNIE H. LEFF,

            Plaintiffs,

   v.

DEUTSCHE BANK AG, and DEUTSCHE BANK SECURITIES, INC., D/BA/ DEUTSCHE BANK ALEX. BROWN, a DIVISION OF DEUTSCHE BANK SECURITIES, INC.,

            Defendants.
------------------------------------- x

Case No. 08C 0733

Judge Robert M. Dow

Magistrate Judge Keys

## NOTICE OF UNOPPOSED MOTION

       **PLEASE TAKE NOTICE** that on March 5, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, counsel for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1719 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present their Unopposed Motion For An Extension Of Time To Answer or Otherwise Respond To Plaintiffs' Complaint.

Dated:  Chicago, Illinois
         February 21, 2008

Respectfully submitted,

DEWEY & LeBOEUF LLP

By: /s/ *Erin L. Ziaja*

| | |
|---|---|
| Erin L. Ziaja (ID # 6278775) | Lawrence M. Hill |
| Two Prudential Plaza, Suite 3700 | Seth C. Farber |
| 180 North Stetson Avenue | DEWEY & LeBOEUF LLP |
| Chicago, Illinois 60601 | 1301 Avenue of the Americas |
| Telephone: (312) 794-8000 | New York, New York 10019-6092 |
| Facsimile: (312) 794-8100 | Telephone: (212) 259-8000 |
| | Facsimile: (212) 259-6333 |

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*