## <u>CERTIFICATE OF SERVICE</u>

I, Erin L. Ziaja, an attorney for Defendants Deutsche Bank AG, and Deutsche Bank

Securities, Inc., D/B/A Deutsche Bank Alex. Brown, a Division of Deutsche Bank Securities,

Inc., I caused a copy of the ***Notice of Unopposed Motion for Deutsche Bank AG and Deutsche***

***Bank Securities Inc.'s Unopposed Motion for an Extension of Time to Answer or Otherwise***

***Respond to Plaintiff's Complaint and Motion to Extend Date for the Defendants' to Answer or***

***Otherwise Respond to Plaintiffs' Complaint*** to be electronically filed with the Clerk of the Court

using the CM/ECF system.  A copy of the foregoing will be delivered via U.S. Mail to the

following:


Patrick O'Brien                           David S. Pegno
O'Brien & O'Brien P.C.              Dewey Pegno & Kramarsky LLP
55 W. Wacker Drive                  220 East 42nd Street
Suite 900                                   New York, NY  10017
Chicago, IL  60601


_____/s/  Erin L. Ziaja_____
Attorney for Defendants