IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLIE J. LEFF and RONNIE H. LEFF,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK AG, and DEUTSCHE BANK SECURITIES, INC., D/BA/ DEUTSCHE BANK ALEX. BROWN, a DIVISION OF DEUTSCHE BANK SECURITIES, INC.,<br><br>    Defendants. | Case No. 08C 0733<br><br>Judge Robert M. Dow<br><br>Magistrate Judge Keys |

**UNOPPOSED MOTION TO ADJOURN SCHEDULING CONFERENCE AND EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND**

Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. (collectively, "Defendants") pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move this Court for an Order adjourning the April 1, 2008 Scheduling Conference until May 1, 2008 and extending the time to answer or otherwise respond in the above-captioned action until April 28, 2008. Respectfully, this motion does not waive any of Defendant's rights, defenses and objections, all of which are reserved. In support of its motion, Defendants state as follows:

    1.    Plaintiffs filed their Complaint on or about February 4, 2008.

    2.    On February 21, 2008, Defendants filed an unopposed motion seeking an extension of time to answer or otherwise respond to Plaintiffs' complaint. This Court granted Defendants' motion on February 22, 2008 and allowed Defendants until March 26, 2008 to respond to the complaint.

3. On February 15, 2008, this Court ordered the parties to participate in an Initial Status Conference, which is currently scheduled for April 1, 2008. This Court also ordered the parties to submit a Joint Written Status Report to be filed with the Court by March 25, 2008.

4. The parties have recently engaged in settlement discussions and wish to explore the possibility of resolving this matter in a manner that avoids further litigation. Accordingly, Defendants request that this Court adjourn the scheduling conference until May 1, 2008 and allow Defendants until April 28, 2008 to respond to the complaint.

5. Counsel for Defendants has conferred with counsel for Plaintiffs and has been informed that Plaintiffs do not oppose the requests herein.

WHEREFORE, Defendants respectfully request that this Court enter an Order adjourning the April 1, 2008 Scheduling Conference until May 1, 2008 and extending the time for Defendants to answer, move against or otherwise respond to Plaintiffs' Complaint to and including April 28, 2008.

Dated:  Chicago, Illinois
        March 24, 2008
Respectfully submitted,

DEWEY & LeBOEUF LLP

By:_____/s/ Erin L.Ziaja____
Erin L. Ziaja (ID # 6278775)
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, Illinois 60601
Telephone:  (312) 794-8000
Facsimile:  (312) 794-8100
**eziaja@dl.com**

Lawrence M. Hill
Seth C. Farber
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone:  (212) 259-8000
Facsimile:  (212) 259-6333

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*