IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------- x
LESLIE J. LEFF and RONNIE H. LEFF,   :
                                     :
              Plaintiffs,            :
                                     :
     v.                              :   Case No. 08C 0733
                                     :
DEUTSCHE BANK AG, and DEUTSCHE BANK  :   Judge Robert M. Dow
SECURITIES, INC., D/BA/ DEUTSCHE BANK:
ALEX. BROWN, a DIVISION OF DEUTSCHE  :   Magistrate Judge Keys
BANK SECURITIES, INC.,               :
                                     :
              Defendants.            :
------------------------------------- x

## NOTICE OF UNOPPOSED MOTION

**PLEASE TAKE NOTICE** that on April 1, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, counsel for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1919 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present their UNOPPOSED MOTION TO ADJOURN SCHEDULING CONFERENCE AND EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND.

Dated: March 24, 2008

Respectfully submitted,

DEWEY & LeBOEUF LLP


By:_____/s/ *Erin L. Ziaja*_____
Erin L. Ziaja (ID # 6278775)                Lawrence M. Hill
Two Prudential Plaza, Suite 3700            Seth C. Farber
180 North Stetson Avenue                    DEWEY & LeBOEUF LLP
Chicago, Illinois 60601                     1301 Avenue of the Americas
Telephone: (312) 794-8000                   New York, New York 10019-6092
Facsimile: (312) 794-8100                   Telephone: (212) 259-8000
                                            Facsimile: (212) 259-6333

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc*