IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LESLIE J. LEFF and RONNIE H. LEFF,  :
:
        Plaintiffs,  :
:
  v.  : Case No. 08C 0733
:
DEUTSCHE BANK AG, and DEUTSCHE BANK  : Judge Robert M. Dow
SECURITIES, INC., D/BA/ DEUTSCHE BANK  :
ALEX. BROWN, a DIVISION OF DEUTSCHE  : Magistrate Judge Keys
BANK SECURITIES, INC.,  :
:
        Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CERTIFICATE OF SERVICE

    Erin L. Ziaja, an attorney, states that she did hereby electronically file the UNOPPOSED MOTION TO ADJOURN SCHEDULING CONFERENCE AND EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND with the Clerk of the Court using the ECF system and that she also mailed paper copies by United States Postal Service to the following people:

Patrick J. O'Brien
O'Brien & O'Brien P.C.
55 West Wacker Drive, Suite 900
Chicago, IL 60601

David S. Pegno
Dewey Pegno & Kramarsky LLP
220 East 42nd Street
New York, NY 10017

Dated: March 24, 2008

                          ___/s/ Erin L. Ziaja_____

                          Erin L. Ziaja
                          Dewey & LeBoeuf LLP
                          180 N. Stetson
                          Suite 3700
                          Chicago, IL   60601
                          (312)794-8022
                          (312)729-6522