## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Leslie J. Leff, et al.
                  Plaintiff,

v.                                      Case No.: 1:08−cv−00733
                                      Honorable Robert M. Dow Jr.

Deutsche Bank AG, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr:Defendants' unopposed motion to adjourn status set for April 1, 2008 until May 1, 2008, and to extend time for Defendants to answer or otherwise plead to April 28, 2008 [10] is granted. Status hearing date of April 1, 2008 is stricken and reset to May 1, 2008 at 9:00a.m.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.