IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------- x
LESLIE J. LEFF and RONNIE H. LEFF,           :
                                             :
           Plaintiffs,                       :
                                             :
  v.                                         :   Case No. 08C 0733
                                             :
DEUTSCHE BANK AG, and DEUTSCHE BANK          :   Judge Robert M. Dow
SECURITIES, INC., D/BA/ DEUTSCHE BANK        :
ALEX. BROWN, a DIVISION OF DEUTSCHE          :   Magistrate Judge Keys
BANK SECURITIES, INC.,                       :
                                             :
           Defendants.                       :
------------------------------------- x

**DEUTSCHE BANK AG AND DEUTSCHE BANK SECURITIES INC.'S
UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT ON THEIR MOTION
TO DISMISS PLAINTIFFS' COMPLAINT**

        Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. (collectively, "Deutsche Bank") respectfully move this Court to enter an Order granting Deutsche Bank permission to exceed the 15 page limit prescribed by Local Rule 7.1 by no more than 15 pages. Respectfully, this motion does not waive any of Deutsche Bank's rights, defenses and objections, all of which are reserved. In support of its motion, Deutsche Bank states as follows:

        1.    Plaintiffs' Complaint consists of 59 pages and 239 paragraphs, and asserts claims against Deutsche Bank for (i) breach of fiduciary duty and aiding and abetting breach of fiduciary duty; (ii) negligent misrepresentation; (iii) violations of the Illinois Consumer Fraud and Deceptive Business Practices Act, (iv) fraud, aiding and abetting fraud and conspiracy to defraud; (v) breach of contract and (vi) negligence. These claims stem from Plaintiffs' implementation of various alleged tax strategies.

        2.    Deutsche Bank presently intends to file a motion to dismiss Plaintiffs'

Complaint pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure on April 28, 2008.

       3.      Local Rule 7.1 provides that a brief in support of any motion shall not exceed 15 pages without prior approval of the Court.

       4.      Due to the length of the Complaint, the number of alleged tax strategies involved, the number of claims asserted, and the various grounds upon which Deutsche Bank believes that Plaintiffs' claims are deficient, Deutsche Bank needs additional pages in order to adequately and fully respond to the claims asserted and to facilitate the Court's adjudication of each of the claims asserted against Deutsche Bank. Accordingly, Deutsche Bank respectfully requests leave to exceed the page limit specified in Local Rule 7.1 and to file a memorandum in support of its motion to dismiss not exceeding 30 pages.

       5.      Counsel for Deutsche Bank has conferred with counsel for Plaintiffs and has been informed that Plaintiffs do not oppose Deutsche Bank's request to exceed the page limit specified in Local Rule 7.1.

      WHEREFORE, Deutsche Bank respectfully requests that the Court enter an Order granting Deutsche Bank permission to exceed the 15 page limit prescribed by Local Rule 7.1 by no more than 15 pages.

Dated: April 22, 2008

Respectfully submitted,

DEWEY & LeBOEUF LLP


By: ___/s/ Erin L. Ziaja_____

| | |
|---|---|
| Erin L. Ziaja (ID # 6278775) | Seth C. Farber (admitted *pro hac vice*) |
| Two Prudential Plaza, Suite 3700 | DEWEY & LeBOEUF LLP |
| 180 North Stetson Avenue | 1301 Avenue of the Americas |
| Chicago, Illinois 60601 | New York, New York 10019-6092 |
| Telephone: (312) 794-8000 | Telephone: (212) 259-8000 |
| Facsimile: (312) 794-8100 | Facsimile: (212) 259-6333 |
| eziaja@dl.com | |

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*