FIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LESLIE J. LEFF and RONNIE H. LEFF,     :
                                Plaintiffs,     :
                                v.     :     Case No. 08C 0733
DEUTSCHE BANK AG, and DEUTSCHE BANK     :     Judge Robert M. Dow
SECURITIES, INC., D/B/A DEUTSCHE BANK
ALEX. BROWN, a DIVISION OF DEUTSCHE     :     Magistrate Judge Keys
BANK SECURITIES, INC.,
                                Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS DEUTSCHE BANK AG AND DEUTSCHE BANK SECURITIES INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. (collectively known hereafter as "Defendants"), by and through their attorneys and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), hereby move to dismiss with prejudice Plaintiffs' Complaint. In support of their Motion, Defendants state as follows:

1. In their Complaint, Plaintiffs Leslie J. Leff and Ronnie H. Leff assert claims for (i) breach of fiduciary duty and aiding and abetting breach of fiduciary duty; (ii) negligent misrepresentation; (iii) violations of the Illinois Consumer Fraud and Deceptive Business Practices Act; (iv) fraud, aiding and abetting fraud and conspiracy to defraud; (v) breach of contract and (vi) negligence.

2. Plaintiffs' Complaint fails to state a claim upon which relief can be granted. In addition, most of Plaintiffs' claims are time-barred. As a result, all of the

claims asserted against Defendants fail as a matter of law and should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. In addition to these substantive defects, the Complaint fails to plead Plaintiffs' fraud-based claims with the particularity required by Federal Rule of Civil Procedure 9(b). Plaintiffs' fraud-based claims should therefore be dismissed for this reason, as well.

4. In support of this Motion, Defendants also submit a simultaneously-filed Memorandum of Law in Support of Their Motion to Dismiss.

WHEREFORE, Defendants respectfully move this Court to enter an Order dismissing all claims brought in this action with prejudice for Plaintiffs' failure to state a cognizable claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and failure to plead the fraud-based claims with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

Dated:   April 28, 2008

Respectfully submitted,

DEWEY & LeBOEUF LLP

By: /s/ Erin L. Ziaja

| | |
|---|---|
| Erin L. Ziaja (ID # 6278775) | Seth C. Farber (admitted *pro hac vice*) |
| Two Prudential Plaza, Suite 3700 | DEWEY & LeBOEUF LLP |
| 180 North Stetson Avenue | 1301 Avenue of the Americas |
| Chicago, Illinois 60601 | New York, New York 10019-6092 |
| Telephone: (312) 794-8000 | Telephone: (212) 259-8000 |
| Facsimile: (312) 794-8100 | Facsimile: (212) 259-6333 |

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*