IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LESLIE J. LEFF and RONNIE H. LEFF,                :
                                                  :
              Plaintiffs,                          :
                                                  :
       v.                                          :      Case No. 08C 0733
                                                  :
DEUTSCHE BANK AG, and DEUTSCHE BANK               :      Judge Robert M. Dow
SECURITIES, INC., D/BA/ DEUTSCHE BANK             :
ALEX. BROWN, a DIVISION OF DEUTSCHE               :      Magistrate Judge Keys
BANK SECURITIES, INC.,                            :
                                                  :
              Defendants.                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

        **PLEASE TAKE NOTICE** that on May 6, 2008 at 9:15 a.m. or as soon thereafter
as counsel may be heard, counsel for Defendants Deutsche Bank AG and Deutsche Bank
Securities Inc. shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his
stead, in the courtroom usually occupied by him in Room 1919 of the Everett McKinley Dirksen
Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present their
Motion To Dismiss Plaintiffs' Complaint.

Dated:  Chicago, Illinois
         April 28, 2008

Respectfully submitted,

DEWEY & LeBOEUF LLP

By:___s/ Erin L. Ziaja_____
    Erin L. Ziaja (ID # 6278775)            Seth C. Farber (admitted *pro hac vice*)
Two Prudential Plaza, Suite 3700            DEWEY & LeBOEUF LLP
180 North Stetson Avenue                    1301 Avenue of the Americas
Chicago, Illinois 60601                     New York, New York 10019-6092
Telephone:  (312) 794-8000                  Telephone:  (212) 259-8000
Facsimile:  (312) 794-8100                  Facsimile:  (212) 259-6333

    *Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*