**CERTIFICATE OF SERVICE**

I, Erin L. Ziaja, an attorney for Defendants Deutsche Bank AG, and Deutsche Bank Securities, Inc., certify that on April 28, 2008, I caused a copy of the ***Deutsche Bank AG and Deutsche Bank Securities Inc.'s Motion to Dismiss Plaintiffs' Complaint*** and ***Notice of Motion to Dismiss Plaintiffs' Complaint*** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a copy of the foregoing via e-mail to: David S. Pegno at dpegno@dpklaw.com, Wendy J. Reisman at wreisman@dpklaw.com and Patrick J. O'Brien at pjob51@yahoo.com.  A copy of the foregoing will also be delivered via U.S. Mail to the following:

| | |
|---|---|
| David S Pegno | Patrick J O'Brien |
| Wendy J. Reisman | O'Brien & O'Brien, P.C. |
| Dewey, Pegno & Kramarsky, LLP | 5101 River Road |
| 220 East 42nd Street | Suite 614 |
| 33rd Floor | Bethesda, MD 20816 |
| New York, NY 10017 | |

                                                      /s/  Erin L. Ziaja
                                                       Attorney for Defendants