**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-00733 |
|---|---|
| Leslie J. Leff and Ronnie H. Leff | |
| v. | |
| Deutsche Bank AG, et al. | |
| Defendant; | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Deutsche Bank AG; Deutsche Bank Securities, Inc.

| NAME (Type or print) |
|---|
| Seth C. Farber |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Seth C. Farber |

| FIRM |
|---|
| Dewey & LeBoeuf LLP |

| STREET ADDRESS |
|---|
| 1301 Avenue of the Americas |

| CITY/STATE/ZIP |
|---|
| New York, NY 10019-6092 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 212-259-8000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ |