**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Leslie J. Leff, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00733
                                                Honorable Robert M. Dow Jr.

Deutsche Bank AG, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr: Status hearing held on 5/1/2008.Motion to dismiss [22] is taken under advisement. Notice of Motion date of 5/6/08 is stricken. Plaintiffs' Response to motion to dismiss [22] is due by 5/30/2008 and Defendants Reply due by 6/13/2008. Ruling on motion to dismiss [2] will be by mail. Parties to exchange initial disclosures by 5/21/08. Status hearing set for 7/9/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.