IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LESLIE J. LEFF and RONNIE H. LEFF,        :
                                          :
            Plaintiffs,            :
                                          :
  v.                                      :   No. 08C 0733
                                          :
DEUTSCHE BANK AG, and DEUTSCHE BANK       :
SECURITIES, INC., D/B/A DEUTSCHE BANK     :   Judge Robert M. Dow
ALEX. BROWN, a DIVISION OF DEUTSCHE       :
BANK SECURITIES, INC.,                    :   Magistrate Judge Keys
                                          :
            Defendants.            :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DISCLOSURE STATEMENT OF DEFENDANTS DEUTSCHE BANK AG
AND DEUTSCHE BANK SECURITIES INC. PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

      Defendants DEUTSCHE BANK AG and DEUTSCHE BANK SECURITIES INC. respectfully submit the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

      Defendant Deutsche Bank AG, a nongovernmental corporate party, certifies that (a) it has no parent corporation, and (b) AXA S.A. Group, Paris is the only entity owning more than 5% of Deutsche Bank AG's stock.

      Defendant Deutsche Bank Securities Inc. (formerly know as Deutsche Banc Alex. Brown, Inc. and BT Alex. Brown Incorporated) ("DBSI"), a nongovernmental corporate party, certifies that (a) the following are its corporate parents: Deutsche Bank AG, Taunus Corporation, Deutsche Bank Americas Holding Corp., Deutsche Bank Trust Corporation, and DB U.S. Financial Markets Holding Corporation;

1

and (b) other than the aforementioned corporate parents, there is no publicly held corporation that owns more than 5% of DBSI's stock.

Dated: May 15, 2008

DEWEY & LeBOEUF LLP

By: s/ Erin L. Ziaja

| Erin L. Ziaja | Seth C. Farber (admitted *pro hac vice*) |
| Two Prudential Plaza, Suite 3700 | DEWEY & LeBOEUF LLP |
| 180 North Stetson Avenue | 1301 Avenue of the Americas |
| Chicago, Illinois 60601 | New York, New York 10019-6092 |
| Telephone: (312) 794-8000 | Telephone: (212) 259-8000 |
| Facsimile: (312) 794-8100 | Facsimile: (212) 259-6333 |

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*