# CERTIFICATE OF SERVICE

I, Erin L. Ziaja, an attorney for Defendants Deutsche Bank AG, and Deutsche Bank Securities, Inc., certify that on May 15, 2008, I caused a copy of the ***Disclosure Statement of Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2*** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a copy of the foregoing via e-mail to: David S. Pegno at dpegno@dpklaw.com, Wendy J. Reisman at wreisman@dpklaw.com and Patrick J. O'Brien at pjob51@yahoo.com.  A copy of the foregoing will also be delivered via U.S. Mail to the following:

| | |
|---|---|
| David S Pegno<br>Wendy J. Reisman<br>Dewey, Pegno & Kramarsky, LLP<br>220 East 42nd Street<br>33rd Floor<br>New York, NY 10017 | Patrick J O'Brien<br>O'Brien & O'Brien, P.C.<br>5101 River Road<br>Suite 614<br>Bethesda, MD 20816 |

                                                      /s/  Erin L. Ziaja
                                                  Attorney for Defendants