UNITED STATES DISTRICT COURT
NORTHDERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESLIE J. LEFF and RONNIE H. LEFF,<br><br>                    Plaintiffs,<br><br>                  -against-<br><br>DEUTSCHE BANK AG, and DEUTSCHE BANK SECURITIES, INC., D/B/A DEUTSCHE BANK ALEX. BROWN, a DIVISION of DEUTSCHE BANK SECURITIES, INC.;<br><br>                    Defendants. | Case No. 08C 0733<br><br>Judge Robert M. Dow<br><br>Magistrate Judge Keys |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION AND TO EXCEED THE PAGE LIMIT ON THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Plaintiffs Leslie J. Leff and Ronnie H. Leff ("Plaintiffs") respectfully move this Court for an Order amending the briefing schedule and granting Plaintiffs permission to exceed the 15 page limit prescribed by Local Rule 7.1 by 30 pages. Respectfully, this motion does not waive any of Plaintiffs' rights, defenses and objections, all of which are reserved. In support of its motion, Plaintiffs state as follows:

1. Plaintiffs' Complaint consists of 59 pages and 239 paragraphs and asserts multiple claims, all of which are challenged by Defendants for failure to state a claim.

2. Defendants' Motion to Dismiss consists of 30 pages and presents numerous complex arguments, including the applicability and enforceability of exculpatory provisions, statute of limitations, and the sufficiency of the pleadings. The motion further raises choice of law issues, requiring examination of the law of multiple jurisdictions.

3. Plaintiffs have not before requested or received any extensions.

4.      Due to the length of the Complaint, the complexity of the tax shelter schemes involved, the number of arguments asserted in Defendants' motion to dismiss, and the complexity of the response to such arguments, Plaintiffs need additional time and additional pages in order to sufficiently oppose Defendants' motion.

5.      The current briefing schedules provides that Plaintiffs respond to the motion to dismiss by May 30, 2008 and Defendants reply by June 13, 2008. Plaintiffs request that such dates be amended to June 3, 2008 and June 17, 2008, respectively.

6.      Local Rule 7.1 provides that a brief in support of any motion shall not exceed 15 pages without prior approval of the Court.

7.      Accordingly, Plaintiffs respectfully request leave to exceed the page limit specified in Local Rule 7.1 and to file a memorandum in support of its motion in opposition to Defendants' motion to dismiss not exceeding 45 pages.

8.      Counsel for Plaintiffs has conferred with counsel for Defendants and has been informed that Defendants do not oppose either request.

WHEREFORE, Plaintiffs respectfully request that the Court (i) enter an Order amending the briefing schedule and extending Plaintiffs time to file their response to the motion to dismiss to June 3, 2008 and extending Defendants time to file a reply motion to June 17, 2008, and (iii) enter an Order granting Plaintiffs permission to exceed the 15 page limit prescribed by Local Rule 7.1 by 30 pages.

Dated: May 27, 2008

Respectfully submitted,

DEWEY PEGNO & KRAMARSKY LLP

By: /s/ David S. Pegno
David S. Pegno (admitted *pro hac vice*)
220 East 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Plaintiff*