UNITED STATES DISTRICT COURT
NORTHDERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESLIE J. LEFF and RONNIE H. LEFF,<br><br>                      Plaintiffs,<br><br>                -against-<br><br>DEUTSCHE BANK AG, and DEUTSCHE BANK SECURITIES, INC., D/B/A DEUTSCHE BANK ALEX. BROWN, a DIVISION of DEUTSCHE BANK SECURITIES, INC.;<br><br>                      Defendants. | Case No. 08C 0733<br><br>Judge Robert M. Dow<br><br>Magistrate Judge Keys |

**NOTICE OF UNOPPOSED MOTION
FOR EXTENSION AND TO EXCEED PAGE LIMIT**

      **PLEASE TAKE NOTICE** that on May 30, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, counsel for Plaintiffs Leslie J. Leff and Ronnie H. Leff shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1719 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present their Unopposed Motion for an Extension and to Exceed the Page Limit On Their Opposition To Defendants' Motion to Dismiss Plaintiffs' Complaint.

Dated: May 27, 2008

Respectfully submitted,

DEWEY PEGNO & KRAMARSKY LLP


By:  /s/ David S. Pegno
David S. Pegno (admitted *pro hac vice*)
220 East 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, David S. Pegno, an attorney for Plaintiffs Leslie J. Leff and Ronnie H. Leff, certify that on May 27, 2008, I caused a copy of the ***Plaintiffs' Motion for an Extension and to Exceed the Page Limit on Their Opposition of Defendants' Motion to Dismiss Plaintiff's Complaint*** and ***Notice of Unopposed Motion for an Extension and to Exceed Page Limit*** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a copy of the foregoing via e-mail to: Erin L Ziaja at eziaja@dl.com. A copy of the foregoing will also be delivered via U.S. Mail to the following:

>Jeffrey J. Amato
>Dewey & LeBoeuf LLP NY
>1301 Avenue of the Americas
>New York, NY 10019
>
>Seth C. Farber
>Dewey & LeBoeuf LLP
>1301 Avenue of the Americas
>New York, NY 10019-6092
>
>Benjamin Sokoly
>Dewey & LeBoeuf LLP
>1301 Avenue of the Americas
>New York, NY 10019-6092

/s/ David S. Pegno
Attorney for Plaintiffs