UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Leslie J. Leff, et al.
                                 Plaintiff,

v.                                                Case No.: 1:08−cv−00733
                                                    Honorable Robert M. Dow Jr.

Deutsche Bank AG, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION by Plaintiffs Leslie J. Leff, Ronnie H. Leff for extension of time to file response and reply as to motion to dismiss[22]and MOTION by Plaintiffs Leslie J. Leff, Ronnie H. Leff for leave to file excess pages is granted. Plaintiffs time to file response to the motion to dismiss is extended to 6/3/08 and defendants time to file a reply is extended to 6/17/08. Notice of Motion date of 5/30/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.