# EXHIBIT D

CASREF, CLOSED, STAYED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:03-cv-05460-SAS-RLE

Denney, et al v. Jenkens & Gilchrist, et al
Assigned to: Judge Shira A. Scheindlin
Referred to: Magistrate Judge Ronald L. Ellis
Demand: $0
Related Cases: 1:06-cv-02045-SAS
              1:04-cv-04566-HB
              1:03-cv-06942-SAS
Cause: 28:1391 Personal Injury

Date Filed: 07/23/2003
Date Terminated: 03/08/2007
Jury Demand: Both
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Thomas Denney**
*on his own behalf and on behalf of all others similarly situated*

represented by **Jeffrey H. Daichman**
Kane & Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019
(212) 541-6222
*LEAD ATTORNEY*

**Jeven R. Sloan**
Canada-Withrow, LLP
1340 N. White Chapel Road
Suite 120
Southlake, TX 76092
(214)-292-2600
Fax: (214)-739-3879
Email: jsloan@whatleydrake.com
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019
(212) 519-6222
Fax: (212) 245-3009
Email: nkianovsky@kanekessler.com
*LEAD ATTORNEY*

**David R. Deary**
Loewinsohn Flegle Deary, LLP

12377 Merit Drive
Suite 900
Dallas, TX 75251
(214) 572-1700
Fax: (214) 572-1717
Email: davidd@lfdlaw.com

**Ernest Cory**
Cory, Watson, Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200

**Joe R. Whatley, JR.**
Securities & Exchange Commission (3 WFC)
3 World Financial Center, Room 4300
New York, NY 10281
(212)-447-7070
Fax: (212)-447-7077
Email: jwhatley@whatleydrake.com

**Othni J. Lathram**
Whatley Drake & Kallas, LLC
2001 Park Place Tower
Suite 1000
Birmingham, AL 35203
(205) 328-9576

**Othni J. Lathram**
Whatley Drake & Kallas, LLC
2001 Park Place Tower, Suite 1000
Birmingham, AL 35203
(205) 328-9576
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
Shore Deary, L.L.P.
Chateau Plaza
2515 McKinney Avenue
Dallas, TX 75201
(214) 360-9622

**Stephen Ferris Malouf**
Law Offices of Stephen F. Malouf
3506 Cedar Springs Road
Dallas, TX 75219
214-969-7373

Fax: 214-969-7648
Email: smalouf@smalouf.com
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
Shore & Deary, L.L.P.
Chateau Plaza
2515 McKinney Avenue
Dallas, TX 75201
(214) 360-9622

**W. Ralph Canada, Jr.**
Canada-Withrow, LLP
1340 N. White Chapel Road
Suite 120
Southlake, TX 76092
(214)-739-3879
Fax: (214)-739-3879
Email: rcanada@dmdclegal.com

**Plaintiff**

**R. Thomas Weeks**
*on his own behalf and on behalf of all
others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**Norman R. Kirisits**
*on his own behalf and on behalf of all*
*others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**TD Cody Investments, L.L.C.**
*on their own behalf and on behalf of all*
*others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**

(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**RTW High Investments, L.L.C.**
*on their own behalf and on behalf of all*
*others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**NRK Syracuse Investments, L.L.C.**
*on their own behalf and on behalf of all others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

## Plaintiff

**DKW Partners**
*on their own behalf and on behalf of all others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**

(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

### Plaintiff

**DKW Lockport Investors, Inc.**
*on their own behalf and on behalf of all others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)

*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**Donald A. Destefano**
*on his behalf and on behalf of all others
similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**Patricia J. Destefano**
*on her own behalf and on behalf of all others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

Othni J. Lathram
(See above for address)

Othni J. Lathram
(See above for address)
*ATTORNEY TO BE NOTICED*

Ralph Canada
(See above for address)

Stephen Ferris Malouf
(See above for address)
*ATTORNEY TO BE NOTICED*

Stewart Clancy
(See above for address)

W. Ralph Canada, Jr.
(See above for address)

**Plaintiff**

**DD Tiffany Circle Investments, L.L.C.**
*on their own behalf and on behalf of all
others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**Tiffany Circle Partners**
*on their own behalf and on behalf of all others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**Diamond Roofing Company, Inc.**
*on their own behalf and on behalf of all others similarly situated*

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

Stewart Clancy
(See above for address)

W. Ralph Canada, Jr.
(See above for address)

**Plaintiff**

**Kathryn M. Kiirisits**    represented by    **Jeffrey H. Daichman**
*on her own behalf and on behalf of all*                (See above for address)
*others similarly situated*                              *LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**Nahum A. Kianovsky**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

5/30/2008 5:47 PM

**Plaintiff**

**Jeff Blumin**                                          represented by    **Jeffrey H. Daichman**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*

                                                                           **Jeven R. Sloan**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*

                                                                           **David R. Deary**
                                                                           (See above for address)

                                                                           **Ernest Cory**
                                                                           (See above for address)

                                                                           **Joe R. Whatley, JR.**
                                                                           (See above for address)

                                                                           **Othni J. Lathram**
                                                                           (See above for address)

                                                                           **Othni J. Lathram**
                                                                           (See above for address)
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Ralph Canada**
                                                                           (See above for address)

                                                                           **Stephen Ferris Malouf**
                                                                           (See above for address)
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Stewart Clancy**
                                                                           (See above for address)

                                                                           **W. Ralph Canada, Jr.**
                                                                           (See above for address)

**Plaintiff**

**JB Hilltop Investments LLC**                          represented by    **Jeffrey H. Daichman**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*

                                                                           **Jeven R. Sloan**
                                                                           (See above for address)
                                                                           *LEAD ATTORNEY*

David R. Deary
(See above for address)

Ernest Cory
(See above for address)

Joe R. Whatley, JR.
(See above for address)

Othni J. Lathram
(See above for address)

Othni J. Lathram
(See above for address)
*ATTORNEY TO BE NOTICED*

Ralph Canada
(See above for address)

Stephen Ferris Malouf
(See above for address)
*ATTORNEY TO BE NOTICED*

Stewart Clancy
(See above for address)

W. Ralph Canada, Jr.
(See above for address)

**Plaintiff**
**Kyle Blumin**                         represented by   **Jeffrey H. Daichman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

                                                         **Jeven R. Sloan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

                                                         **David R. Deary**
                                                         (See above for address)

                                                         **Ernest Cory**
                                                         (See above for address)

                                                         **Joe R. Whatley, JR.**
                                                         (See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**KB Hoag Lane Investments LLC**     represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

Stephen Ferris Malouf
(See above for address)
*ATTORNEY TO BE NOTICED*

Stewart Clancy
(See above for address)

W. Ralph Canada, Jr.
(See above for address)

**Plaintiff**

Michael L. Blumin                represented by    Jeffrey H. Daichman
                                                    (See above for address)
                                                    *LEAD ATTORNEY*

                                                    Jeven R. Sloan
                                                    (See above for address)
                                                    *LEAD ATTORNEY*

                                                    David R. Deary
                                                    (See above for address)

                                                    Ernest Cory
                                                    (See above for address)

                                                    Joe R. Whatley, JR.
                                                    (See above for address)

                                                    Othni J. Lathram
                                                    (See above for address)

                                                    Othni J. Lathram
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    Ralph Canada
                                                    (See above for address)

                                                    Stephen Ferris Malouf
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    Stewart Clancy
                                                    (See above for address)

                                                    W. Ralph Canada, Jr.

(See above for address)

**Plaintiff**

**MB St. Andrews investments LLC**　　　　represented by　**Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**Fayetteville Partner**　　　　　　　represented by　**Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)

*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

<u>**Plaintiff**</u>
**Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated.**

represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**

(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

**Plaintiff**

**Oak Tree Investments, LLC.**          represented by   **Jeffrey H. Daichman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **Jeven R. Sloan**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **David R. Deary**
                                                          (See above for address)

                                                          **Ernest Cory**
                                                          (See above for address)

                                                          **Joe R. Whatley, JR.**
                                                          (See above for address)

                                                          **Othni J. Lathram**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ralph Canada**
                                                          (See above for address)

Filed 06/03/2008    Page 23 of 40

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JM Walnut Investments LLC**          represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JMA Sedgemoor Investments LLC**    represented by    **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>
**HNC Ditch Investments LLC**    represented by    **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Carmel Partners L.P.**                    represented by   **Jeffrey H. Daichman**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Jeven R. Sloan**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **David R. Deary**
                                                             (See above for address)

                                                             **Ernest Cory**
                                                             (See above for address)

                                                             **Joe R. Whatley, JR.**
                                                             (See above for address)

                                                             **Othni J. Lathram**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ralph Canada**

5/30/2008 5:47 PM

(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BAMC Inc.**                    represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)

ATTORNEY TO BE NOTICED

**Plaintiff**

**Carol Trigilio**                    represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jay Michener**                    represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey M. Adams**                    represented by   **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry N. Camferdam, Jr.**          represented by **Jeffrey H. Daichman**
(See above for address)
*LEAD ATTORNEY*

**Jeven R. Sloan**
(See above for address)
*LEAD ATTORNEY*

**David R. Deary**
(See above for address)

**Ernest Cory**
(See above for address)

**Joe R. Whatley, JR.**
(See above for address)

**Othni J. Lathram**
(See above for address)

**Othni J. Lathram**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ralph Canada**
(See above for address)

**Stephen Ferris Malouf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stewart Clancy**
(See above for address)

**W. Ralph Canada, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jenkens & Gilchrist**
*a Texas Professional Corporation*
*TERMINATED: 02/18/2005*

represented by  **Douglas E. Whitney**
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
(312) 372-2000
*LEAD ATTORNEY*

**Lawrence M Hill**
Dewey & LeBoeuf, L.L.P.(NYC)
1301 Avenue of the Americas
New York, NY 10019
(212)259-8000
Fax: (212)259-6333
Email: lpmco@dbllp.com
*LEAD ATTORNEY*

**Michael A. Pope**
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
(312) 372-2000
*LEAD ATTORNEY*

**Michael Richard Young**
Willkie Farr & Gallagher LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
Fax: (212) 728-9280
Email: invalid@500pearl.com
*LEAD ATTORNEY*

**Robb L. Voyles**
*LEAD ATTORNEY*

**Robert I. Howell**

*LEAD ATTORNEY*

**Rod Phelan**
*LEAD ATTORNEY*

**Seth C. Farber**
Dewey & LeBoeuf, L.L.P.(NYC)
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000
Fax: (212) 259-6333
Email: sfarber@dl.com
*LEAD ATTORNEY*

**Defendant**

**Jenkens & Gilchrist**                     represented by   **Robb L. Voyles**
*an Illinois Professional Corporation*                       98 San Jacinto Boulevard
*TERMINATED: 02/18/2005*                                     Austin, TX 78701
                                                             (512) 322-2501
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Robert I. Howell**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Rod Phelan**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**BDO Seidman, L.L.P.**                     represented by   **Cary Brian Samowitz**
*TERMINATED: 01/05/2006*                                     DLA Piper US LLP (NY)
                                                             1251 Avenue of the Americas
                                                             New York, NY 10020
                                                             (212) 835-6259
                                                             Fax: (212) 884-8459
                                                             Email: cary.samowitz@dlapiper.com
                                                             *LEAD ATTORNEY*

                                                             **Douglas E. Whitney**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                             **Lawrence M Hill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

**Michael A. Pope**
(See above for address)
*LEAD ATTORNEY*

**Michael Richard Young**
(See above for address)
*LEAD ATTORNEY*

**Seth C. Farber**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Pasquale & Bowers, L.L.P.**
*TERMINATED: 01/05/2005*

represented by **Douglas E. Whitney**
(See above for address)
*LEAD ATTORNEY*

**Kevin Edward Hulslander**
Smith Sovik Kendrick & Sugnet, P.C
250 South Clinton Street, Suite 600
Syracuse, NY 13202
(315)-474-2911
Fax: (315)-474-6015
Email: khulslander@smithsovik.com
*LEAD ATTORNEY*

**Lawrence M Hill**
(See above for address)
*LEAD ATTORNEY*

**Michael A. Pope**
(See above for address)
*LEAD ATTORNEY*

**Michael Richard Young**
(See above for address)
*LEAD ATTORNEY*

**Ronald S. Herzog**
Snow Becker Krauss P.C.
605 Third Avenue
New York, NY 10158
(212)-455-0320
Fax: 212)-949-7052
Email: rherzog@sbklaw.com
*TERMINATED: 03/03/2004*
*LEAD ATTORNEY*

**Seth C. Farber**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Cantley & Sedacca, L.L.P.**                represented by **Douglas E. Whitney**
(See above for address)
*LEAD ATTORNEY*

**James N. Zeris**
Mintzer, Sarowitz, Zeris, Ledva &
Meyers
39 Broadway
Suite 950
New York, NY 10006
(212) 968-9300
*TERMINATED: 01/09/2004*
*LEAD ATTORNEY*

**Lawrence M Hill**
(See above for address)
*LEAD ATTORNEY*

**Michael A. Pope**
(See above for address)
*LEAD ATTORNEY*

**Michael Richard Young**
(See above for address)
*LEAD ATTORNEY*

**Seth C. Farber**
(See above for address)
*LEAD ATTORNEY*

**Shari Claire Lewis**
Rivkin Radler, L.L.P.
EAB Plaza
Uniondale, NY 11556-0111
(516) 357-3000
*LEAD ATTORNEY*

**Joshua D. Harvey**
Mintzer, Sarowitz, Zeris, Ledva &
Meyers
1528 Walnut Street

Philadelphia, PA 19102-3614
(215) 735-7200

**Defendant**

**Dermody, Burke, and Brown,**
**Certified Public Accountants, PLLC**
*TERMINATED: 01/05/2005*

represented by **Douglas E. Whitney**
(See above for address)
*LEAD ATTORNEY*

**Lawrence M Hill**
(See above for address)
*LEAD ATTORNEY*

**Michael A. Pope**
(See above for address)
*LEAD ATTORNEY*

**Michael Richard Young**
(See above for address)
*LEAD ATTORNEY*

**Seth C. Farber**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Paul M. Daugerdas**
*TERMINATED: 02/02/2007*

represented by **Douglas E. Whitney**
(See above for address)
*LEAD ATTORNEY*

**Larry Black**
*LEAD ATTORNEY*

**Lawrence M Hill**
(See above for address)
*LEAD ATTORNEY*

**Michael A. Pope**
(See above for address)
*LEAD ATTORNEY*

**Michael Richard Young**
(See above for address)
*LEAD ATTORNEY*

**Seth C. Farber**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Paul Shanbrom**
*TERMINATED: 01/05/2006*

represented by **Cary Brian Samowitz**
(See above for address)
*LEAD ATTORNEY*

**Douglas E. Whitney**
(See above for address)
*LEAD ATTORNEY*

**Lawrence M Hill**
(See above for address)
*LEAD ATTORNEY*

**Michael A. Pope**
(See above for address)
*LEAD ATTORNEY*

**Michael Richard Young**
(See above for address)
*LEAD ATTORNEY*

**Seth C. Farber**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Edward Sedacca**

represented by **Douglas E. Whitney**
(See above for address)
*LEAD ATTORNEY*

**James N. Zeris**
(See above for address)
*TERMINATED: 01/09/2004*
*LEAD ATTORNEY*

**Lawrence M Hill**
(See above for address)
*LEAD ATTORNEY*

**Michael A. Pope**
(See above for address)
*LEAD ATTORNEY*

**Michael Richard Young**
(See above for address)
*LEAD ATTORNEY*

**Phillip B. Silverman**
Mintzer, Sarowitz, Zeris, Ledva &
Meyers
39 Broadway
Suite 950
New York, NY 10006
(212) 968-8300
*TERMINATED: 01/09/2004*
*LEAD ATTORNEY*

**Seth C. Farber**
(See above for address)
*LEAD ATTORNEY*

**Shari Claire Lewis**
(See above for address)
*LEAD ATTORNEY*

**Joshua D. Harvey**
(See above for address)

**Defendant**

**Deutsche Bank AG**                  represented by **Douglas E. Whitney**
                                      (See above for address)
                                      *LEAD ATTORNEY*

                                      **Lawrence M Hill**
                                      (See above for address)
                                      *LEAD ATTORNEY*

                                      **Michael A. Pope**
                                      (See above for address)
                                      *LEAD ATTORNEY*

                                      **Michael Richard Young**
                                      (See above for address)
                                      *LEAD ATTORNEY*

                                      **Seth C. Farber**
                                      (See above for address)
                                      *LEAD ATTORNEY*

**Defendant**

**Deutsche Bank Securities, Inc.**   represented by **Douglas E. Whitney**
*doing business as*                  (See above for address)
Deutsche Bank Alex Brown, a division  *LEAD ATTORNEY*
of Deutsche Bank Securities, Inc.

**Lawrence M Hill**
(See above for address)
*LEAD ATTORNEY*

**Michael A. Pope**
(See above for address)
*LEAD ATTORNEY*

**Michael Richard Young**
(See above for address)
*LEAD ATTORNEY*

**Seth C. Farber**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Erwin Mayer**                    represented by **Adam Selim Hakki**
*TERMINATED: 02/02/2007*                        Shearman & Sterling LLP (New York)
                                                599 Lexington Avenue
                                                New York, NY 10022
                                                (212)-848-4924
                                                Fax: (646)-848-4924
                                                Email: ahakki@shearman.com
                                                *LEAD ATTORNEY*

                                                **Larry Black**
                                                (See above for address)
                                                *LEAD ATTORNEY*

                                                **Steven Francis Molo**
                                                Shearman & Sterling LLP (New York)
                                                599 Lexington Avenue
                                                New York, NY 10022
                                                (212)-848-7486
                                                Fax: (646)-848-7456
                                                Email: smolo@shearman.com
                                                *LEAD ATTORNEY*

**Defendant**

**Donna Guerrin**                  represented by **Larry Black**
*TERMINATED: 02/02/2007*                        (See above for address)
                                                *LEAD ATTORNEY*

**Movant**

**Loretta Clarke**                 represented by **H. Lamar Mixson**
                                                Bondurant, Mixson & Elmore

3900 One Atlantic Center
1201 West Peachtree Street, North West
Atlanta, GA 30309-3417
(404) 881-4100
Fax: (404) 881-4111
*LEAD ATTORNEY*

**Steven Spielvogel**
Gallion & Spielvogel
1225 Franklin Avenue, Suite 325
Garden City, NY 11530
(516) 512-8899
Fax: (516) 512-8980
Email: steve@gsbarristers.com
*LEAD ATTORNEY*

| | | |
|---|---|---|
| **Movant** | | |
| **Jeffrey Clarke** | represented by | **H. Lamar Mixson** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | |
| | | **Steven Spielvogel** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | |
| **Movant** | | |
| **Douglas MacGregor** | represented by | **H. Lamar Mixson** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | |
| | | **Steven Spielvogel** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | |
| **Movant** | | |
| **Lorraine Clasquin** | represented by | **H. Lamar Mixson** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | |
| | | **Steven Spielvogel** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | |
| **Movant** | | |
| **Eric Harslem** | represented by | **H. Lamar Mixson** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |

Steven Spielvogel
(See above for address)
*LEAD ATTORNEY*

**Movant**

**J. Scott Mattei**                     represented by  **Ernest Cory**
                                        (See above for address)

**Movant**

**James E. Mattei**                     represented by  **Ernest Cory**
                                        (See above for address)

**Intervenor**

**Dot Com Investments, L.L.C.**         represented by  **Stephen Ferris Malouf**
                                        (See above for address)
                                        *LEAD ATTORNEY*

**Intervenor**

**Jack Riggs**                          represented by  **Stephen Ferris Malouf**
                                        (See above for address)
                                        *LEAD ATTORNEY*

**Intervenor**

**Sixth Street Partners**               represented by  **Stephen Ferris Malouf**
                                        (See above for address)
                                        *LEAD ATTORNEY*

**Intervenor**

**Technology Capital Corporation**      represented by  **Stephen Ferris Malouf**
                                        (See above for address)
                                        *LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/23/2003 | 1 | CLASS ACTION COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). FILING FEE $ 150.00 RECEIPT # 480298. (jjm) (Entered: 07/25/2003) |
| 07/23/2003 |   | CASE REFERRED TO Judge Barbara S. Jones as possibly related 1:02cv10100. (jjm) (Entered: 07/25/2003) |
| 07/23/2003 | 2 | RULE 7.1 CERTIFICATE filed by Thomas Denney, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, RTW High Investments, NRK Syracuse Inv., DKW Partners, DKW Lockport Inv., Donald A. Destefano, Patricia J. Destefano, DD Tiffany Circle, Tiffany Circle . (jjm) (Entered: 07/25/2003) |

| 08/27/2003 | | Case referred as related to 1:02cv10100 and declined by Judge Barbara S. Jones and returned to wheel for assignment. (jjm) (Entered: 08/29/2003) |
|---|---|---|
| 08/27/2003 | 3 | Notice of Case Assignment to Judge Shira A. Scheindlin . Copy of notice and judge's rules mailed to Attorney(s) of record: Ernest Cory, Othni Lathram, Joe R. Whatley Jr., Jeffrey H. Daichman, Jeven R. Sloan, Stewart Clancy, W. Ralph Canada Jr., David R. Deary . (jjm) (Entered: 08/29/2003) |
| 08/27/2003 | | Magistrate Judge Ronald L. Ellis is so designated. (jjm) (Entered: 08/29/2003) |
| 08/28/2003 | 4 | FIRST AMENDED CLASS ACTION COMPLAINT by Thomas Denney, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, RTW High Investments, NRK Syracuse Inv., DKW Partners, DKW Lockport Inv., Donald A. Destefano, Patricia J. Destefano, DD Tiffany Circle, Tiffany Circle, Diamond Roofing Co., Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Invest., Kyle Blumin, KB Hoag Lane Inv., Michael L. Blumin, MB St. Andrews Inv., Fayetteville Partner, Laurel Hollow Invest (Answer due 9/8/03 for Deutsche Bank Sec., for Deutsche Bank AG, for Edward Sedacca, for Paul Shanbrom, for Paul M. Daugerdas, for Dermody, for Burke, for Cantley & Sedacca, for Pasquale & Bowers, for BDO Seidman, L.L.P., for Jenkens & Gilchrist, for Jenkens & Gilchrist ) amending [1-1] complaint ; Summons issued. Jury Trial Demanded; (djc) (Entered: 09/05/2003) |
| 09/23/2003 | 5 | NOTICE OF MOTION by Thomas Denney, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, RTW High Investments, NRK Syracuse Inv., DKW Partners, DKW Lockport Inv., Donald A. Destefano, Patricia J. Destefano, DD Tiffany Circle, Tiffany Circle, Diamond Roofing Co., Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Invest., Kyle Blumin, KB Hoag Lane Inv., Michael L. Blumin, MB St. Andrews Inv., Fayetteville Partner, Laurel Hollow Invest for an order for Ralph Canada to appear pro hac vice for plaintiffs . No Return Date. Declaration of W. Ralph Canada and proposed order attached. (sb) (Entered: 09/29/2003) |
| 09/23/2003 | 6 | NOTICE OF MOTION (filed on service date) by Thomas Denney, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, RTW High Investments, NRK Syracuse Inv., DKW Partners, DKW Lockport Inv., Donald A. Destefano, Patricia J. Destefano, DD Tiffany Circle, Tiffany Circle, Diamond Roofing Co., Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Invest., Kyle Blumin, KB Hoag Lane Inv., Michael L. Blumin, MB St. Andrews Inv., Fayetteville Partner, Laurel Hollow Invest for an order for Stewart Clancy to appear pro hac vice for plaintiffs . No Return Date. Declaration of Stewart Clancy and proposed order attached. (sb) (Entered: 09/29/2003) |
| 09/23/2003 | 7 | NOTICE OF MOTION (filed on service date) by Thomas Denney, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, RTW High Investments, NRK Syracuse Inv., DKW Partners, DKW Lockport Inv., Donald A. Destefano, Patricia J. Destefano, DD Tiffany Circle, Tiffany Circle, Diamond Roofing Co., Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop |