| | | |
|---|---|---|
| | | Invest., Kyle Blumin, KB Hoag Lane Inv., Michael L. Blumin, MB St. Andrews Inv., Fayetteville Partner, Laurel Hollow Invest for an order for Jeven R. Sloan to appear pro hac vice for plaintiffs . No Return Date. Declaration of Jeven R. Sloan and proposed order attached. (sb) Modified on 09/29/2003 (Entered: 09/29/2003) |
| 09/23/2003 | 8 | NOTICE OF MOTION (filed on the service date) by Thomas Denney, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, RTW High Investments, NRK Syracuse Inv., DKW Partners, DKW Lockport Inv., Donald A. Destefano, Patricia J. Destefano, DD Tiffany Circle, Tiffany Circle, Diamond Roofing Co., Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Invest., Kyle Blumin, KB Hoag Lane Inv., Michael L. Blumin, MB St. Andrews Inv., Fayetteville Partner, Laurel Hollow Invest for an order for Joe R. Whatley Jr. to appear pro hac vice for plaintiffs . No Return Date. Declaration of Joe R. Whatley, Jr. and proposed order attached. (sb) (Entered: 09/29/2003) |
| 09/23/2003 | 9 | NOTICE OF MOTION (filed on service date) by Thomas Denney, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, RTW High Investments, NRK Syracuse Inv., DKW Partners, DKW Lockport Inv., Donald A. Destefano, Patricia J. Destefano, DD Tiffany Circle, Tiffany Circle, Diamond Roofing Co., Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Invest., Kyle Blumin, KB Hoag Lane Inv., Michael L. Blumin, MB St. Andrews Inv., Fayetteville Partner, Laurel Hollow Invest for an order for David R. Deary to appear pro hac vice for plaintiffs . No Return Date. Declaration of David R. Deary and proposed order attached. (sb) Modified on 09/29/2003 (Entered: 09/29/2003) |
| 09/23/2003 | 10 | NOTICE OF MOTION (filed on service date) by Thomas Denney, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, RTW High Investments, NRK Syracuse Inv., DKW Partners, DKW Lockport Inv., Donald A. Destefano, Patricia J. Destefano, DD Tiffany Circle, Tiffany Circle, Diamond Roofing Co., Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Invest., Kyle Blumin, KB Hoag Lane Inv., Michael L. Blumin, MB St. Andrews Inv., Fayetteville Partner, Laurel Hollow Invest for an order for Ernest Cory to appear pro hac vice for plaintiffs . No Return Date. Declaration of Ernest Cory and proposed order attached. (sb) Modified on 09/29/2003 (Entered: 09/29/2003) |
| 09/23/2003 | 11 | NOTICE OF MOTION (filed on service date)by Thomas Denney, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, RTW High Investments, NRK Syracuse Inv., DKW Partners, DKW Lockport Inv., Donald A. Destefano, Patricia J. Destefano, DD Tiffany Circle, Tiffany Circle, Diamond Roofing Co., Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Invest., Kyle Blumin, KB Hoag Lane Inv., Michael L. Blumin, MB St. Andrews Inv., Fayetteville Partner, Laurel Hollow Invest for an order for Othni J. Lathram to appear pro hac vice for plaintiffs . No Return Date. Declaration of Othni J. Lathram and proposed order attached. (sb) Modified on 09/29/2003 (Entered: 09/29/2003) |

| 09/29/2003 | 12 | Memo-Endorsement on letter addressed to Judge Scheindlin from David R. Deary, dated 09/25/03; Plaintiffs' request for an extension of time to file a Rico Statement is hereby granted. Plaintiffs shall have until October 15, 2003 to file a RICO Statement. No further extensions will be granted ; ( signed by Judge Shira A. Scheindlin ); (djc) (Entered: 10/01/2003) |
| 09/29/2003 | 13 | Memo-Endorsement on letter addressed to Judge Scheindlin from Michael R. Young, dated 9/26/03: The Court denies defendant BDO Seidman, LLP and Paul Shanbrom's request for adjournement of the initial pretrial confenrece set for Wed. 10/1/03 . ( signed by Judge Shira A. Scheindlin ). (tp) (Entered: 10/01/2003) |
| 09/30/2003 | 14 | Memo-Endorsement on letter addressed to Judge Shira A. Scheindlin from David Deary, dated 9/29/03. Re:, counsel for parties request that the Court reset the initial pretrial conference from the current setting of 10/1/03 to 11/17/03. Initial conference adjourned to 11/19/03 at 4:30 . ( signed by Judge Shira A. Scheindlin ); (dle) (Entered: 10/02/2003) |
| 09/30/2003 | 15 | ORDER; withdrawing [11-1] motion for an order for Othni J. Lathram to appear pro hac vice for plaintiffs, withdrawing [10-1] motion for an order for Ernest Cory to appear pro hac vice for plaintiffs, withdrawing [9-1] motion for an order for David R. Deary to appear pro hac vice for plaintiffs, withdrawing [8-1] motion for an order for Joe R. Whatley Jr. to appear pro hac vice for plaintiffs, withdrawing [7-1] motion for an order for Jeven R. Sloan to appear pro hac vice for plaintiffs, withdrawing [6-1] motion for an order for Stewart Clancy to appear pro hac vice for plaintiffs, withdrawing [5-1] motion for an order for Ralph Canada to appear pro hac vice for plaintiffs . ( signed by Judge Shira A. Scheindlin ); (pl) (Entered: 10/03/2003) |
| 09/30/2003 | 17 | ORDER; that David R. Deary, Esq. is admitted to practice, pro hac vice in this captioned action on behalf of plaintiffs, in the U.S.D.C. for the S.D.N.Y., subject to payment of the filing fee . ( signed by Judge Shira A. Scheindlin ); forwarded this document to the Attorney Admissions Clerk. (pl) Modified on 10/08/2003 (Entered: 10/08/2003) |
| 10/02/2003 | 16 | Memo-Endorsement on letter addressed to Michael R. Young from W. Ralph Canada, Jr., dated 9/29/03; granting the parties the following briefing schedule with respect to defts' motion to compel arbitration and dismiss the Complaint. The pltffs' Response to the motion on or before 11/3/03. Defts' shall have 23 days, i.e., on or before 11/26/03 to serve their reply to such response. ( signed by Judge Shira A. Scheindlin ); (sac) (Entered: 10/03/2003) |
| 10/07/2003 | 18 | AFFIDAVIT OF SERVICE of summons and class action complaint as to BDO Seidman, L.L.P. by Lorraine Criscuolo on 9/4/03. Answer due on 9/24/03 for BDO Seidman, L.L.P. (sb) (Entered: 10/09/2003) |
| 10/07/2003 | 18 | AFFIDAVIT OF SERVICE of summons and class action complaint as to Deutsche Bank AG by Will Christoph on 9/18/03 . Answer due on 10/8/03 for Deutsche Bank AG . (sb) (Entered: 10/09/2003) |

| | | |
|---|---|---|
| 10/07/2003 | 18 | AFFIDAVIT OF SERVICE of summons and class action complaint as to Deutsche Bank Sec. by Paula Cash on 9/5/03 . Answer due on 9/25/03 for Deutsche Bank Sec. . (sb) (Entered: 10/09/2003) |
| 10/07/2003 | 18 | AFFIDAVIT OF SERVICE of summons and class action compl as to Paul Shanbrom by personal service on 9/8/03 . Answer due on 9/29/03 for Paul Shanbrom . (sb) (Entered: 10/09/2003) |
| 10/07/2003 | 18 | AFFIDAVIT OF SERVICE of summons and class action complaint as to Dermody, Burke by John Herbert on 9/16/03 . Answer due on 10/6/03 for Dermody, Burke . (sb) (Entered: 10/09/2003) |
| 10/07/2003 | 18 | AFFIDAVIT OF SERVICE of summons and class action complaint as to Jenkens & Gilchrist, Jenkens & Gilchrist, Paul M. Daugerdas by Michael Pope on 9/4/03 . Answer due on 9/24/03 for Jenkens & Gilchrist, for Jenkens & Gilchrist, for Paul M. Daugerdas. (sb) (Entered: 10/09/2003) |
| 10/07/2003 | 18 | AFFIDAVIT OF SERVICE of summons and class action compl as to Cantley & Sedacca by Stephen Rasch on 9/4/03 . Answer due on 9/24/03 for Cantley & Sedacca . (sb) (Entered: 10/09/2003) |
| 10/07/2003 | 18 | AFFIDAVIT OF SERVICE of summons and class action complaint as to Pasquale & Bowers by Ron Herzog on 9/16/03. Answer due on 10/6/03 for Pasquale & Bowers. (sb) (Entered: 10/09/2003) |
| 10/07/2003 | 18 | AFFIDAVIT OF SERVICE of summons and class action complaint as to Edward Sedacca by Jim Zeris on 9/16/03 . Answer due on 10/6/03 for Edward Sedacca . (sb) (Entered: 10/09/2003) |
| 10/08/2003 | 19 | ORDER; that W. Ralph Canada, Esq. to appear pro hac vice on behalf of plaintiffs, subject to payment of the filing fees . ( signed by Judge Shira A. Scheindlin ); forwarded to the Attorney Admissions Clerk (pl) Modified on 10/09/2003 (Entered: 10/09/2003) |
| 10/08/2003 | 20 | ORDER; that Stewart Clancy, Esq. is admitted pro hac vice in this action on behalf or plaintiffs subject to payment of the filing fee . ( signed by Judge Shira A. Scheindlin ); forwarded to the Attorney Admissions Clerk (pl) (Entered: 10/09/2003) |
| 10/08/2003 | 21 | ORDER; that Jeven R. Sloan, Esq. is admitted pro hac vice in this action on behalf or plaintiffs subject to payment of the filing fee . ( signed by Judge Shira A. Scheindlin ); forwarded this document to the Attorney Admissions Clerk. (pl) (Entered: 10/09/2003) |
| 10/08/2003 | 22 | ORDER; that Ernest Cory, Esq. is admitted pro hac vice in this action on behalf or plaintiffs subject to payment of the filing fee . ( signed by Judge Shira A. Scheindlin ); forwarded this document to the Attorney Admissions Clerk. (pl) (Entered: 10/09/2003) |
| 10/08/2003 | 23 | ORDER; that Othni J. Lathram, Esq. is admitted pro hac vice in this action on behalf or plaintiffs subject to payment of the filing fee . ( signed by Judge Shira A. Scheindlin ); forwarded this document to the Atty. Admission |

|  |  | Clerk. (pl) Modified on 10/09/2003 (Entered: 10/09/2003) |
|---|---|---|
| 10/08/2003 | 24 | ORDER; that Joe R. Whatley, Jr. Esq. is admitted pro pro hac vice in this action on behalf or plaintiffs subject to payment of the filing fee . ( signed by Judge Shira A. Scheindlin ); forwarded this document to the Attorney Admissions Clerk. (pl) (Entered: 10/09/2003) |
| 10/08/2003 | 25 | ORDER; that Michael A. Pope and Douglas E. Whitney are admitted pro hac vice in this action on behalf or plaintiffs subject to payment of the filing fee . ( signed by Judge Shira A. Scheindlin ); forwarded this document to the Attorney Admissions Clerk. (pl) (Entered: 10/09/2003) |
| 10/09/2003 | 26 | STIPULATION and ORDER, that the time for Deutsche Bank to answer or move against or otherwise respond to plaintiffs' first amended class action complaint is extended from 9/25/03 to and including 11/4/03 . ( signed by Judge Shira A. Scheindlin ) (dle) (Entered: 10/10/2003) |
| 10/09/2003 | 28 | NOTICE OF MOTION by Cantley & Sedacca, Edward Sedacca for Phillip B. Silverman to appear pro hac vice for defts Cantley & Sedacca and Edward Sedacca ; Return Date not indicated (cd) (Entered: 10/16/2003) |
| 10/10/2003 | 29 | Memo-Endorsement on letter addressed to Judge Scheindlin from Philip B. Silverman, dated 9/30/03. Re:granting motion for Phillip B. Silverman to appear pro hac vice for dfts Cantley & Sedacca and Edward Sedacca. for Joshua D. Harvey to appear pro hac vice. $50.00 was sent via this letter to cashiers . Document sent to attorneys admissions clerk. ( signed by Judge Shira A. Scheindlin ) (db) (Entered: 10/16/2003) |
| 10/14/2003 | 27 | STIPULATION and ORDER; that defendants have until 10/4/03 to respond to plaintffs'e first amended class action complaint . ( signed by Judge Shira A. Scheindlin ) (jco) (Entered: 10/15/2003) |
| 10/15/2003 | 30 | Pltffs RICO statement filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). Jury demand. (db) (Entered: 10/20/2003) |
| 10/15/2003 | 30 | DEMAND for jury trial by Thomas Denney, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, RTW High Investments, NRK Syracuse Inv., DKW Partners, DKW Lockport Inv., Donald A. Destefano, Patricia J. Destefano, DD Tiffany Circle, Tiffany Circle, Diamond Roofing Co. . (db) (Entered: 10/20/2003) |
| 10/20/2003 | 33 | NOTICE of attorney appearance for Cantley & Sedacca, Edward Sedacca by James N. Zeris, Phillip B. Silverman. (sb) (Entered: 10/28/2003) |
| 10/20/2003 | 33 | DEMAND for jury trial by Cantley & Sedacca, Edward Sedacca. (sb) (Entered: 10/28/2003) |
| 10/22/2003 | 31 | ORDER, for Philip Silverman to appear pro hac vice for defts Edward Sedacca and Cantley Sedacca ( signed by Judge Shira A. Scheindlin ); (cd) (Entered: 10/23/2003) |
| 10/22/2003 | 32 | ORDER, for Joshua Harvey to appear pro hac vice for deft Edward Sedacca and Cantley & Sedacca LLP ( signed by Judge Shira A. Scheindlin ); (cd) |

5/30/2008 5:47 PM

| | | |
|---|---|---|
| | | (Entered: 10/24/2003) |
| 10/30/2003 | 34 | NOTICE OF MOTION of Cantley & Sedacca, L..P. and Edward Sedacca dismissing plaintiffs' first amended class action complaint purs to FRCP 12(b)(1), 12(b)(6), 12(e) and 9(b) Return Date not indicated; (djc) (Entered: 11/03/2003) |
| 10/30/2003 | 52 | MOTION (FILED ON SERVICE DATE) for an order dismissing plaintiffs' first amended class action complaint pursuant to FRCP 12(b)(6), 12(e) and 9(b). Proposed order attached. Document filed by Edward Sedacca. (dle, ) (Entered: 01/22/2004) |
| 11/03/2003 | 35 | Memo-Endorsement on letter addressed to Judge Scheindlin from Maureen T. Alston, dated 10/30/03. Reset answer due for 12/4/03 for Dermody, Burke . ( signed by Judge Shira A. Scheindlin ); (kw) (Entered: 11/04/2003) |
| 11/05/2003 | 36 | Memo-Endorsement on letter addressed to Judge Scheindlin from Maureen T. Alston, dated 10/30/03. Reset answer due for 12/4/03 for Dermody, Burke . ( signed by Judge Shira A. Scheindlin ); (kw) (Entered: 11/07/2003) |
| 11/12/2003 | 37 | Memo-Endorsement on letter addressed to Judge Shira A. Scheindlin from Lawrence M. Hill, dated 11/7/03; the time for Plaintiffs to serve defense counsel with Plaintiffs' responses due by 12/1/03 re: [34-1] motion dismissing plaintiffs' first amended class action complaint purs to FRCP 12(b)(1), 12(b)(6), 12(e) and 9(b) ; the time for Defendants to reply due by 12/23/03 re: [34-1] motion dismissing plaintiffs' first amended class action complaint purs to FRCP 12(b)(1), 12(b)(6), 12(e) and 9(b). Defendants BDO Seidman and Shanbrom shall also have until 12/23/03 to reply to Plaintiffs' opposition to their motion to compel. ( signed by Shira A. Scheindlin ); (sac) Modified on 11/14/2003 (Entered: 11/14/2003) |
| 12/16/2003 | | CASHIERS OFFICE REMARK on 21 Order,, 17 Order,,,, 22 Order,, 24 Order,, 20 Order,, 23 Order,,,, 19 Order, in the amount of $175.00, paid on 12/16/03, Receipt Number 494534. (cd, ) (Entered: 01/06/2004) |
| 01/09/2004 | 38 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. (jge, ) (Entered: 01/13/2004) |
| 01/09/2004 | 39 | Notice Of Motion (FILED ON SERVICE DATE) to Compel Arbitration., MOTION (FILED ON SERVICE DATE) to Dismiss The Complaint. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/16/2004) |
| 01/09/2004 | 40 | REPLY MEMORANDUM OF LAW Of BDO Seidman,LLP And Paul Shanbrom In Support Of Their Motion To Compel Arbitration And Motion To Dismiss The Complaint re: 39 MOTION (FILED ON SERVICE DATE) to Compel. MOTION (FILED ON SERVICE DATE) to Dismiss. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, |

| | | |
|---|---|---|
| | | PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/16/2004) |
| 01/09/2004 | 41 | AFFIDAVIT of Donald A. Destefano. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/16/2004) |
| 01/09/2004 | 42 | PLAINTIFFS' MEMORANDUM OF LAW in Opposition To Motion To Compel Arbitration re: 39 MOTION (FILED ON SERVICE DATE) to Compel. MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by Jeff Blumin, Kyle Blumin, Michael L. Blumin, DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, JB Hilltop Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, NRK Syracuse Investments, L.L.C., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, R. Thomas Weeks. (jmi, ) (Entered: 01/16/2004) |
| 01/09/2004 | 43 | AFFIDAVIT of Thomas Denney. Document filed by Jeff Blumin, Kyle Blumin, Michael L. Blumin, DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, JB Hilltop Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, NRK Syracuse Investments, L.L.C., RTW High Investments, L.L.C.. (jmi, ) (Entered: 01/16/2004) |
| 01/09/2004 | 44 | AFFIDAVIT of Kyle S. Blumin. Document filed by Jeff Blumin, Kyle Blumin, Michael L. Blumin, DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, JB Hilltop Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, NRK Syracuse Investments, L.L.C., RTW High Investments, L.L.C., TD Cody Investments, L.L.C.. (jmi, ) (Entered: 01/16/2004) |
| 01/09/2004 | 45 | MEMORANDUM OF LAW Of BDO Seidman, LLP And Paul Shambrom in Support Of Their Motion To Compel Arbitration And Dismiss The Complaint re: 39 MOTION (FILED ON SERVICE DATE) to Compel. MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Compel. MOTION (FILED ON SERVICE DATE) to |

| | | |
|---|---|---|
| | | Dismiss.. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/16/2004) |
| 01/09/2004 | 46 | AFFIDAVIT of Michael R. Young in Support Of The Motion Of BDO Seidman, LLP And Paul Shanbrom To Compel Arbitration And Dismiss Complaint re: 39 MOTION (FILED ON SERVICE DATE) to Compel. MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/16/2004) |
| 01/09/2004 | 47 | ORDER that dfts Cantley & Sedacca and Edward Sedacca substitute Rivkin Radler LLP as their attorney of record in this action in place of Mintzer, Sarowitz, Zeris,et al. (Signed by Judge Shira A. Scheindlin on 1/6/04) (dle, ) (Entered: 01/21/2004) |
| 01/09/2004 | 48 | REPLY MEMORANDUM OF LAW In Further Support Of The Deutsche Bank Defendants' re: 39 MOTION (FILED ON SERVICE DATE) to Compel. MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Compel. MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/21/2004) |
| 01/09/2004 | 49 | AFFIDAVIT of Paul Shanbron In Further Support Of The Motion Of BDO Seidman, LLP And Paul Shanbron re: 39 MOTION (FILED ON SERVICE DATE) to Compel. MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Compel. MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/21/2004) |
| 01/09/2004 | 50 | NOTICE Of The Deutsche Bank Defendants' Motion (FILED ON SERVICE DATE) to Compel Arbitration., MOTION (FILED ON SERVICE DATE) to Dismiss Complaint Or, In The Alternative, Stay The Action. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/21/2004) |

5/30/2008 5:47 PM

| 01/09/2004 | 51 | MEMORANDUM OF LAW Deutsche Bank Securities, INC. In Support Of Thier re: 50 MOTION (FILED ON SERVICE DATE) to Compel Arbitration. MOTION (FILED ON SERVICE DATE) to Dismiss complaint Or In The Alternative To Stay The Action. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/21/2004) |
| --- | --- | --- |
| 01/09/2004 | 55 | PLAINTIFF'S MEMORANDUM OF LAW in Opposition to The Motions To Compel Arbitration To Stay Proceeding Pending Arbitration Of Defendants Jenkens & Gilchrist, Paul M. Daugerdas, Pasquale & Bowers, L.L.P., And The Deutsche Defenfants re: 50 MOTION (FILED ON SERVICE DATE) to Compel Arbitration. MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by Jeff Blumin, Kyle Blumin, Michael L. Blumin, DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, JB Hilltop Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, NRK Syracuse Investments, L.L.C., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, R. Thomas Weeks. (jmi, ) (Entered: 01/23/2004) |
| 01/09/2004 | 56 | MEMORANDUM OF LAW Of Defendants Jenkens & Gilchrust And Paul M. Daugerdas in Support Of Their Motion To Stay Proceedings Pending Arbitration re: 50 MOTION (FILED ON SERVICE DATE) to Compel Arbitration. MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/23/2004) |
| 01/09/2004 | 57 | REPLY MEMORANDUM OF LAW in Support Of Jenkens & Gilchrist, P.C. And Paul M. Daugerdas's Motion To Stay Proceedings Pending Arbitration re: 50 MOTION (FILED ON SERVICE DATE) to Compel Arbitration. MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/23/2004) |

| 01/09/2004 | 58 | Notice Of MOTION (FILED ON SERVICE DATE) To Stay Proceedins Pending Arbitrator(s) Jenkens & Gilchrist. Document filed by BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom. (jmi, ) (Entered: 01/23/2004) |
|---|---|---|
| 01/12/2004 | 53 | MEMORANDUM OF LAW in Opposition re: 52 MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by Jeff Blumin, Kyle Blumin, Michael L. Blumin, DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, JB Hilltop Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, NRK Syracuse Investments, L.L.C., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, R. Thomas Weeks. (dle, ) (Entered: 01/22/2004) |
| 01/12/2004 | 54 | REPLY MEMORANDUM OF LAW in Support re: 52 MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by Cantley & Sedacca, L.L.P., Edward Sedacca. (dle, ) (Entered: 01/22/2004) |
| 01/13/2004 | 59 | MOTION (FILED ON SERVICE DATE) to Dismiss., MOTION (FILED ON SERVICE DATE) to Stay proceedings pending arbitration. Document filed by Pasquale & Bowers, L.L.P.. (cd, ) (Entered: 01/26/2004) |
| 01/13/2004 | 60 | MEMORANDUM OF LAW in Support re: 59 MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by Pasquale & Bowers, L.L.P.. (df, ) (Entered: 01/26/2004) |
| 01/13/2004 | 61 | REQUEST for Production of Documents.Document filed by Pasquale & Bowers, L.L.P..(df, ) (Entered: 01/26/2004) |
| 01/13/2004 | 62 | INITIAL DISCLOSURE of Defendant Pasquale & Bowers, LLP. Document filed by Pasquale & Bowers, L.L.P.. (df, ) (Entered: 01/26/2004) |
| 01/26/2004 | 64 | MOTION (FILED ON SERVICE DATE) to Strike 49 Affidavit in Support of Motion in its entirety,,. Document filed by Jeff Blumin, Kyle Blumin, Michael L. Blumin, DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, JB Hilltop Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, NRK Syracuse Investments, L.L.C., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, R. Thomas Weeks. (yv, ) (Entered: 02/18/2004) |

| | | |
|---|---|---|
| 02/10/2004 | 63 | ORDER Regarding deadline to respond to requests for production of documents. (1) Plaintiffs' deadline to object and/or respond to Jenkens' First Request for Production and Things is 3/17/04, and (2) Jenkens' deadline to object and/or respond to Plaintiffs' First Request for Production of Documents to Jenkens & Gilchrist, P.C. and Paul M. Daugerdas is 3/17/04. (Signed by Judge Shira A. Scheindlin on 02/09/04) (jco, ) (Entered: 02/17/2004) |
| 02/13/2004 | 65 | MEMORANDUM OF LAW in Opposition re: 64 MOTION (FILED ON SERVICE DATE) to Strike 49 Affidavit in Support of Motion,,. Document filed by BDO Seidman, L.L.P., Paul Shanbrom. (yv, ) (Entered: 02/18/2004) |
| 02/13/2004 | 66 | REPLY MEMORANDUM OF LAW in Support re: 64 MOTION (FILED ON SERVICE DATE) to Strike 49 Affidavit in Support of Motion,,.. Document filed by Jeff Blumin, Kyle Blumin, Michael L. Blumin, DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, JB Hilltop Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, NRK Syracuse Investments, L.L.C., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, R. Thomas Weeks. (yv, ) (Entered: 02/18/2004) |
| 02/18/2004 | 67 | ORDER ADMITTING ATTORNEY PRO HAC VICE. The motion for admission pro hac vice is granted and Kevin E. Hulslander, Esq. shall be permitted to practice as an attorney and counsel at law in the Southern District of New York for this particular case herein. (Signed by Judge Shira A. Scheindlin on 2/13/04) (sac, ) (Entered: 02/26/2004) |
| 03/02/2004 | 68 | INTERIM CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER governing the handling of all documents, testimony and other information, including all copies, excerpts and summaries (collectively "Material"), produced obtained or filed during the course of discovery. (Signed by Judge Shira A. Scheindlin on 2/27/2004) (jsa, ) (Entered: 03/04/2004) |
| 03/03/2004 | 69 | NOTICE of Appearance by Kevin E. Hulslander on behalf of Pasquale & Bowers, L.L.P. (dle, ) (Entered: 03/05/2004) |
| 03/03/2004 | 70 | CONSENT ORDER to change attorneys; Smith, Sovik, Kendrick & Sugnet, P.C. is hereby substituted as attorneys of record for Pasquale & Bowers in place of the firm of Snow, Becker, Krauss P.C. (Signed by Judge Shira A. Scheindlin on 2/19/04) (dle, ) (Entered: 03/05/2004) |
| 03/11/2004 | | STIPULATION AND ORDER; plaintiffs to file and serve any opposition in response to the motions to dismiss filed by Defendants is extended to and including 3/17/04; any reply papers will be filed and served by 4/19/04.Additional extensions are as set forth in this Stipulation and Order. (orig. document docketed in 03cv6942 as document #48. (Signed by Judge |

| | | Shira A. Scheindlin on 3/10/04) (pl, ) (Entered: 03/19/2004) |
|---|---|---|
| 03/19/2004 | 71 | ORDER (1) Plaintiffs' deadline to object and/or respond to Jenkens' First Request for Production and Things is extended indefinitely; (2) Jenkens' deadline to object and/or respond to Plaintiffs' First Request for Production of Documents to Jenkens & Gilchrist, P.C. and Paul M. Daugerdas is extended indefinitely; (3) Either Plaintiffs or Jenkens has the right to terminate this extension upon written notice given to David R. Deary of Shore Deary LLP, on behalf of plaintiffs, or Michael Pope of McDermott, Will & Emery, on behalf of Jenkens: (4) Upon termination of this extension by either party, (a) Plaintiffs' deadline to object and/or respond to Jenkens' First Request for Production and Things will be thirty (30) days from receipt of the termination notice, and (b) Jenkens' deadline to object and/or respond to Plaintiffs' First Request for Production of Documents to Jenkens & Gilchrist, P.C. and Paul M. Daugerdas will be thirty (30) days from receipt of the termination notice. (Signed by Judge Shira A. Scheindlin on 3/17/04) (jco, ) (Entered: 03/24/2004) |
| 03/24/2004 | 72 | Disclosures Pursuant to FRCP 26(a)(1) of BDO Seidman, LLP and Paul Shanbrom. Document filed by BDO Seidman, L.L.P., Paul Shanbrom. (db, ) (Entered: 03/30/2004) |
| 04/14/2004 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin : Interim Pretrial Conference held on 4/14/2004. (jw, ) (Entered: 04/16/2004) |
| 04/19/2004 | 73 | Request for Judicial Notice. Document filed by William H. Seippel and Sharon A. Seippel. (yv, ) (Entered: 04/20/2004) |
| 04/19/2004 | 74 | MEMORANDUM OF LAW in Opposition to the motion to dismiss the amended complaint filed by Sidley, Austin, Brown & Wood, LLP and joined in by R.J. Ruble. Document filed by William H. Seippel and Sharon A. Seippel (yv, ) Modified on 4/20/2004 (yv, ). (Entered: 04/20/2004) |
| 04/19/2004 | 75 | MEMORANDUM OF LAW in Opposition to the motion to dismiss the amended complaint filed by Jenkens & Gilchrist, P.C. and Paul M. Daugerdas. Document filed by William H. Seippel and Sharon A. Seippel. (yv, ) (Entered: 04/20/2004) |
| 04/21/2004 | 76 | ORDER; Jenkens' Motion (to withdraw its motion to stay proceedings pending arbitration is withdrawn and Jenkens is granted leave to reinstate its Motion to Stay Proceedings Pending Arbitration in the event that Plaintiffs' claims against Jenkens are not finally resolved through settlement. (Signed by Judge Shira A. Scheindlin on 04/14/04) (djc, ) (Entered: 04/23/2004) |
| 04/30/2004 | 77 | TRANSCRIPT of proceedings held on 4/14/04 before Judge Shira A. Scheindlin.(dfe, ) (Entered: 04/30/2004) |
| 04/30/2004 | 78 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for specific non- dispositive motion/dispute. Referred to Magistrate Judge Ronald L. Ellis. (Signed by Judge Shira A. Scheindlin on 4/28/04) (dg, ) (Entered: 04/30/2004) |

| 04/30/2004 | 79 | OPINION AND ORDER # 90024 the motions of the BDO Defendants, the Pasquale Defendants, and the Deutsche Bank Defendants are denied. Plaintiffs' motion to strike the affidavit of Paul Shanbrom is denied as moot. The Clerk of the Court is directed to close these motions [docket #s 39,50,52,58,59,64]. A conference is scheduled for May 10, 2004, at 2:30 p.m. So Ordered. (Signed by Judge Shira A. Scheindlin on 4/28/04) (jco, ) (Entered: 04/30/2004) |
| --- | --- | --- |
| 05/04/2004 | 80 | ORDER that Cantley's motion to dismiss the complaint is denied to the extent it seeks relief on the grounds of subject matter jurisdiction and ripeness. A conference is scheduled for 5/10/04 at 2:30p.m. (Signed by Judge Shira A. Scheindlin on 5/3/04) (dle, ) (Entered: 05/05/2004) |
| 05/05/2004 | 81 | MEMORANDUM OF LAW in Support re: Motion for Preliminary Class Certification and Settlement Approval. Document filed by Paul M. Daugerdas, Jenkens & Gilchrist. (cd, ). (Entered: 05/06/2004) |
| 05/06/2004 | 82 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Rod Phelan for Jenkens & Gilchrist, Robb L. Voyles for Jenkens & Gilchrist, Robert I. Howell for Jenkens & Gilchrist admitted Pro Hac Vice in connection with this action and that they will abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Rule 5.1. (Signed by Judge Shira A. Scheindlin on 5/3/04) (yv, ) (Entered: 05/06/2004) |
| 05/06/2004 | | Transmission to Attorney Admissions Clerk. Transmitted re: 82 Order Admitting Attorney Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. (yv, ) (Entered: 05/06/2004) |
| 05/10/2004 | 83 | NOTICE OF INTERLOCUTORY APPEAL from 79 Memorandum & Opinion,. Document filed by BDO Seidman, L.L.P., Paul Shanbrom. Filing fee $ 255.00, receipt number E507734. Copies of Notice of Interlocutory Appeal mailed to Attorney(s) of Record: Shore Deary, L.L.P., Kane & Kessler, P.C., Whatleydrake, LLC, Cory, Watson, Crowder & Degaris, Smith, Sovik, Kendrick & Sugnet, P.C., Dewey Ballantine, LLP,Harter, Secrest & Emery, LLP, McDermott, Will & Emery, Levin & Ginsburg, Ltd. and Rivkin Radler, LLP. (dt, ) (Entered: 05/10/2004) |
| 05/10/2004 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 83 Notice of Interlocutory Appeal,,. (dt, ) (Entered: 05/10/2004) |
| 05/10/2004 | | Transmission of Notice of Appeal to the District Judge re: 83 Notice of Interlocutory Appeal,,. (dt, ) (Entered: 05/10/2004) |
| 05/10/2004 | 84 | NOTICE OF INTERLOCUTORY APPEAL from 79 Memorandum & Opinion,. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc.. Filing fee $ 255.00, receipt number E 507743. Copies of Notice of Interlocutory Appeal mailed to Attorney(s) of Record: Shore Deary, L.L.P.; Kane & Kessler; Cory Watson Crowder & DeGaris; Whatley Drake, L.L.C.; Willkie Farr & Gallagher, L.L.P.; Snow Becker & Krauss, P.C.; Smith |

| | | |
|---|---|---|
| | | Sovick Kendrick & Sugnet, P.C.; Harter Secrest & Emery, L.L.P.; McDermott Will & Emery; Levin & Ginsburg, Ltd.; Rivkin Radler, L.L.P. (tp, ) (Entered: 05/10/2004) |
| 05/10/2004 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 84 Notice of Interlocutory Appeal. (tp, ) (Entered: 05/10/2004) |
| 05/10/2004 | | Transmission of Notice of Appeal to the District Judge re: 84 Notice of Interlocutory Appeal. (tp, ) (Entered: 05/10/2004) |
| 05/10/2004 | 85 | NOTICE OF INTERLOCUTORY APPEAL from 79 Memorandum & Opinion,. Document filed by Dermody, Burke, and Brown, Certified Public Accountants, PLLC. Filing fee $ 255.00, receipt number E 507759. Copies of Notice of Interlocutory Appeal mailed to Attorney(s) of Record: Shore Deary, L.L.P.; Kane & Kessler; Cory Watson Crowder & DeGaris; Whatley Drake, L.L.C.; Willkie Farr & Gallagher, L.L.P.; Snow Becker & Krauss, P.C.; Smith Sovick Kendrick & Sugnet, P.C.; Harter Secrest & Emery, L.L.P.; McDermott Will & Emery; Levin & Ginsburg, Ltd.; Rivkin Radler, L.L.P. (tp, ) (Entered: 05/10/2004) |
| 05/10/2004 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 85 Notice of Interlocutory Appeal. (tp, ) (Entered: 05/10/2004) |
| 05/10/2004 | | Transmission of Notice of Appeal to the District Judge re: 85 Notice of Interlocutory Appeal. (tp, ) (Entered: 05/10/2004) |
| 05/10/2004 | | CASHIERS OFFICE REMARK in the amount of $25.00, paid on 5/10/04, Receipt Number 507723. (dle, ) (Entered: 05/11/2004) |
| 05/11/2004 | 86 | ORDER: Larry Black is admitted pro hac vice on behalf of defendants Paul M. Daugerdas, Erwin Mayer and Donna Guerrin. (Signed by Judge Shira A. Scheindlin on 5/6/04) (kw, ) (Entered: 05/13/2004) |
| 05/11/2004 | 104 | MOTION (FILED ON SERVICE DATE) to Stay Proceedings pending Appeal. Document filed by BDO Seidman, L.L.P., Paul Shanbrom. (jp, ) (Entered: 06/14/2004) |
| 05/13/2004 | 87 | DECLARATION of Marshall Simmons in Support of application for preliminary relief. (jco, ) (Entered: 05/14/2004) |
| 05/13/2004 | 88 | NOTICE OF INTERLOCUTORY APPEAL from 79 Memorandum & Opinion,. Document filed by Pasquale & Bowers, L.L.P.. Filing fee $ 255.00, receipt number E508215. Copies of Notice of Interlocutory Appeal mailed to Attorney(s) of Record: Cory, Watson, Crowder & Degaris, Kane & Kessler, P.C., Shore & Deary, LLP, Whatley Drake, LLC, Dewey Ballantine, LLP, McDermott, Will & Emery, Levin & Ginsburg, Ltd., Rivkin Radler, LLP, Willkie, Farr & Gallagher and Harter, Secrest & Emery, LLP. (dt, ) (Entered: 05/17/2004) |

| | | |
|---|---|---|
| 05/13/2004 | 89 | ENDORSED LETTER addressed to Judge Scheindlin from Todd Belous dated 5/12/04 re: withdrawal of previously served motion and new schedule agreed to in Court: new motion to dismiss to be served on or before 6/30/04 with plaintiff's opposition due 7/30/2004 and reply papers due 8/20/04. So Ordered (Signed by Judge Shira A. Scheindlin on 5/13/04) (yv, ) (Entered: 05/17/2004) |
| 05/17/2004 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 88 Notice of Interlocutory Appeal,. (dt, ) (Entered: 05/17/2004) |
| 05/17/2004 | | Transmission of Notice of Appeal to the District Judge re: 88 Notice of Interlocutory Appeal,. (dt, ) (Entered: 05/17/2004) |
| 05/17/2004 | 90 | Notice of Appearance, Blair C. Fensterstock, Maureen McGuirl and Robert L. Lash of Fensterstock & Partners LLP enter an appearance in this matter as counsel to William H. Seippel, Sharon A. Seippel, Donald Carper II, Suzanne Carper and other potential class members. (dle, ) (Entered: 05/19/2004) |
| 05/19/2004 | 91 | ORDER preliminary certifying a settlement class pursuant to Fed. R. Civ. P. 23(B)(3); preliminary approving settlement with and enjoining claims against the Jenkens & Gilchrist Defendants; appointing class representatives and class counsel; setting hearing date for consideration of final settlement; and providing for notice and confidential treatment of class member identities. (Signed by Judge Shira A. Scheindlin on 5/14/04) (sac, ) (Entered: 05/21/2004) |
| 05/24/2004 | 108 | MOTION (FILED ON SERVICE DATE) to Stay proceedings pending appeal and to join in Deutsche Bank, BDO Seidman and Shanbrom's motion to stay. Document filed by Cantley & Sedacca, L.L.P., Edward Sedacca. (jp, ) (Entered: 06/14/2004) |
| 05/25/2004 | 95 | ORDER; that Stephen F. Malouf of the Law Offices of Stephen F. Malouf, P.C. is granted admission pro hac vice. (Signed by Judge Shira A. Scheindlin on 5/21/04) (pl, ) (Entered: 05/27/2004) |
| 05/25/2004 | 106 | MOTION (FILED ON SERVICE DATE) to Stay proceedings pending appeal. Document filed by Pasquale & Bowers, L.L.P.. (jp, ) (Entered: 06/14/2004) |
| 05/26/2004 | 92 | TRANSCRIPT of proceedings held on 5/10/04 before Judge Shira A. Scheindlin.(dfe, ) (Entered: 05/26/2004) |
| 05/26/2004 | 93 | TRANSCRIPT of proceedings held on 5/10/04 before Judge Shira A. Scheindlin.(dfe, ) (Entered: 05/26/2004) |
| 05/27/2004 | 94 | TRANSCRIPT of proceedings held on 5/12/04 before Judge Shira A. Scheindlin.(dfe, ) (Entered: 05/27/2004) |
| 05/27/2004 | 96 | NOTICE of Joinder in Motions to Stay. Document filed by Dermody, Burke, and Brown, Certified Public Accountants, PLLC. (Abdella, Peter) (Entered: |

| | | |
|---|---|---|
| | | 05/27/2004) |
| 05/27/2004 | <u>97</u> | CERTIFICATE OF SERVICE of notice of joinder served on counsel for all parties on 5/27/04. Service was made by Mail. Document filed by Dermody, Burke, and Brown, Certified Public Accountants, PLLC. (Abdella, Peter) (Entered: 05/27/2004) |
| 05/27/2004 | 98 | NOTICE of Appearance by Ralph Canada, Stewart Clancy, Ernest Cory, Jeffrey H. Daichman, David R. Deary, Jeven R. Sloan, Joe R. Whatley Jr. on behalf of Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam Jr. (cd, ) (Entered: 05/28/2004) |
| 05/27/2004 | 99 | ORDER admitting counsel Rod Phelan, Robb Voyles and Robert I. Howell as attorney of record for Defendants Jenkens & Gilchrist, a Texas Professional Corporation and Jenkens & Gilchrist, an Illinois Professional Corporation. (Signed by Judge Shira A. Scheindlin on 5/24/04) (sac, ) (Entered: 05/28/2004) |
| 05/27/2004 | | Transmission to Attorney Admissions Clerk. Transmitted re: 99 Order, to the Attorney Admissions Clerk for updating of Attorney Information. (sac, ) (Entered: 05/28/2004) |
| 06/01/2004 | 100 | TRANSCRIPT of proceedings held on May 14, 2004, 4:50 p.m. before Judge Shira A. Scheindlin.(dt, ) (Entered: 06/01/2004) |
| 06/02/2004 | 101 | SECOND AMENDED COMPLAINT against BDO Seidman, L.L.P., Cantley & Sedacca, L.L.P., Paul M. Daugerdas, Dermody, Burke, and Brown, Certified Public Accountants, PLLC, Deutsche Bank Securities, Inc., Jenkens & Gilchrist, Pasquale & Bowers, L.L.P., Edward Sedacca, Paul Shanbrom.Document filed by Jeff Blumin, Kyle Blumin, Michael L. Blumin, Henry N. Camferdam Jr., DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Kathryn M. Kiirisits, Norman R. Kirisits, NRK Syracuse Investments, L.L.C., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, R. Thomas Weeks.(tp, ) (Entered: 06/04/2004) |
| 06/07/2004 | 102 | Letter addressed to Judge Scheindlin from Hon. Michael Dontzin, JSC (Ret). dated 06/01/04 re: notifying Court that he has no personal knowledge or prejudice concerning a party, or personal knowledge of any disputed evidentiary facts, nor did he previously serve as a lawyer in the matter in controversy; (djc, ) (Entered: 06/07/2004) |
| 06/07/2004 | | CASHIERS OFFICE REMARK on 95 Order in the amount of $25.00, paid on 6/7/04, Receipt Number 510897. (sac, ) (Entered: 06/08/2004) |
| 06/07/2004 | 103 | AMENDED ORDER Preliminarily Cerifying a Settlement Class Pursuant to FRCP 23(B)(3); Preliminarily approving Settlement with and Enjoining Claims Against the Jenkens & Gilchrist Defendants' Appointing Class Representatives and Class Counsel; Setting Hearing Date for Consideration |

|  |  | of Final Settlement; and providing for notice and confidential treatment of class member identities. (Signed by Judge Shira A. Scheindlin on 06/03/04) (djc, ) (Entered: 06/08/2004) |
|---|---|---|
| 06/10/2004 | 105 | MEMORANDUM OF LAW in Support re: 104 MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by BDO Seidman, L.L.P., Paul Shanbrom. (jp, ) (Entered: 06/14/2004) |
| 06/10/2004 | 107 | MEMORANDUM OF LAW in Support re: 106 MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by Pasquale & Bowers, L.L.P.. (jp, ) (Entered: 06/14/2004) |
| 06/10/2004 | 109 | MEMORANDUM OF LAW in Support re: 108 MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by Cantley & Sedacca, L.L.P., Edward Sedacca. (jp, ) (Entered: 06/14/2004) |
| 06/10/2004 | 110 | MOTION (FILED ON SERVICE DATE) to Stay Proceedings pending appeal and to join BDO Seidman & Paul Shanbrom's motion to stay. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc.. (jp, ) (Entered: 06/14/2004) |
| 06/10/2004 | 111 | MEMORANDUM OF LAW in Support re: 110 MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc.. (jp, ) (Entered: 06/14/2004) |
| 06/10/2004 | 112 | REPLY MEMORANDUM OF LAW in Support re: 106 MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by Pasquale & Bowers, L.L.P.. (jp, ) (Entered: 06/14/2004) |
| 06/10/2004 | 113 | REPLY MEMORANDUM OF LAW in Support re: 108 MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by Cantley & Sedacca, L.L.P., Edward Sedacca. (jp, ) (Entered: 06/14/2004) |
| 06/10/2004 | 114 | NOTICE of Joinder re: 108 MOTION (FILED ON SERVICE DATE) to Stay., 110 MOTION (FILED ON SERVICE DATE) to Stay., 104 MOTION (FILED ON SERVICE DATE) to Stay., 106 MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by Dermody, Burke, and Brown, Certified Public Accountants, PLLC. (jp, ) (Entered: 06/14/2004) |
| 06/10/2004 | 115 | MEMORANDUM OF LAW in Opposition re: 108 MOTION (FILED ON SERVICE DATE) to Stay., 110 MOTION (FILED ON SERVICE DATE) to Stay., 104 MOTION (FILED ON SERVICE DATE) to Stay., 106 MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Kathryn M. Kiirisits, Norman R. Kirisits, NRK Syracuse Investments, L.L.C., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, R. Thomas Weeks. (jp, ) (Entered: 06/14/2004) |
| 06/10/2004 | 116 | REPLY MEMORANDUM OF LAW in Support re: 104 MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by BDO Seidman, L.L.P., |

| | | Paul Shanbrom. (jp, ) (Entered: 06/14/2004) |
|---|---|---|
| 06/10/2004 | 117 | REPLY MEMORANDUM OF LAW in Support re: 110 MOTION (FILED ON SERVICE DATE) to Stay.. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc.. (jp, ) (Entered: 06/14/2004) |
| 06/10/2004 | 118 | MOTION (FILED ON SERVICE DATE) Supplemental Order on Class Proceedings. Document filed by Thomas Denney, Jenkens & Gilchrist. (sac, ) (Entered: 06/15/2004) |
| 06/14/2004 | 119 | NOTICE of Entry of appearance of D. Ronald Reneker and request for treatment as an interested counsel. (jco, ) (Entered: 06/16/2004) |
| 06/16/2004 | 121 | MEMORANDUM AND OPINION # 90230 re: 110 MOTION (FILED ON SERVICE DATE) to Stay filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Defendants' motion to stay is granted. This action is stayed with respect to all defendants other than Jenkens & Gilchrist, a Texas Professional Corporation, Jenkens & Gilchrist, an Illinois Professional Corporation, and Paul M. Daugerdas during the pendency of defendants' appeal. So Ordered. (Signed by Judge Shira A. Scheindlin on 6/14/04) (jco, ) (Entered: 06/18/2004) |
| 06/17/2004 | 120 | ORDER granting 118 Motion for Supplemental Order for Class Action Proceedings . (Signed by Judge Shira A. Scheindlin on 6/17/2004) (jsa, ) (Entered: 06/18/2004) |
| 06/24/2004 | | USCA SCHEDULING ORDER as to 88 Notice of Interlocutory Appeal, filed by Pasquale & Bowers, L.L.P., 84 Notice of Interlocutory Appeal,, filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., 85 Notice of Interlocutory Appeal,, filed by Dermody, Burke, and Brown, Certified Public Accountants, PLLC, 83 Notice of Interlocutory Appeal,, filed by BDO Seidman, L.L.P., Paul Shanbrom USCA Case Number 04-2654-cv(L), 04-2659-cv(Con), 04-2705-cv(Con) & 04-2808-cv(Con). Roseann B. MacKechnie, Clerk USCA. Certified: 6/10/04. Appeal Record due by 7/16/2004. Appellant Brief due by 7/23/2004. Appellee Brief due by 8/23/2004. (dt, ) (Entered: 06/24/2004) |
| 06/24/2004 | 122 | TRANSCRIPT of proceedings held on 6/2/04 before Judge Shira A. Scheindlin.(dfe, ) (Entered: 06/24/2004) |
| 06/29/2004 | 123 | AFFIRMATION of Seth C. Farber. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. (jco, ) (Entered: 07/01/2004) |
| 06/30/2004 | 127 | Unopposed MOTION of Jack Riggs; Dot Com Investments, L.L.C.; Sixth Street Partners; and technology capital corp. for leave (FILED ON SERVICE DATE) to Intervene. (jco, ) (Entered: 07/12/2004) |
| 07/01/2004 | 124 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 85 Notice of Interlocutory Appeal,, filed by Dermody, Burke, and Brown, Certified Public Accountants, PLLC USCA Case Number 04-2654-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp, ) |

| | | | |
|---|---|---|---|
| | | | (Entered: 07/01/2004) |
| 07/07/2004 | | 125 | MOTION (FILED ON SERVICE DATE) for Disclosure and MOTION (FILED ON SERVICE DATE) for Protective Order. Document filed by DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Kathryn M. Kiirisits, Norman R. Kirisits, NRK Syracuse Investments, L.L.C., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, R. Thomas Weeks. (jco, ) (Entered: 07/12/2004) |
| 07/12/2004 | | 126 | TRANSCRIPT of proceedings held on 6/11/04 @ 10:00 am before Judge Shira A. Scheindlin.(mbe, ) (Entered: 07/12/2004) |
| 07/13/2004 | | 128 | ORDER granting 125 Motion for Disclosure, granting 125 Motion for Protective Order . (Signed by Judge Shira A. Scheindlin on 7/12/2004) (jsa, ) (Entered: 07/14/2004) |
| 07/15/2004 | | 129 | 1st. Supplemental ROA Sent to USCA (Index). Notice that the Supplemental Index to the record on Appeal for 88 Notice of Interlocutory Appeal, filed by Pasquale & Bowers, L.L.P., 84 Notice of Interlocutory Appeal,, filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., 85 Notice of Interlocutory Appeal,, filed by Dermody, Burke, and Brown, Certified Public Accountants, PLLC, 83 Notice of Interlocutory Appeal,, filed by BDO Seidman, L.L.P., Paul Shanbrom USCA Case Number 04-2654-cv, 3 Copies of the index, Certified Supplemental Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (pr, ) Modified on 7/15/2004 (pr, ). (Entered: 07/15/2004) |
| 07/20/2004 | | 130 | MOTION (FILED ON SERVICE DATE) for Craig P. Niedenthal to Appear Pro Hac Vice. Document filed by Jeffrey M. Adams, BAMC Inc., Jeff Blumin, Kyle Blumin, Michael L. Blumin, Henry N. Camferdam Jr., Carmel Partners L.P., DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, HNC Ditch Investments LLC, JB Hilltop Investments LLC, JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, Jay Michener, NRK Syracuse Investments, L.L.C., Oak Tree Investments, LLC., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, Carol Trigilio, R. Thomas Weeks. (jmi, ) (Entered: 07/21/2004) |
| 07/20/2004 | | 131 | MOTION (FILED ON SERVICE DATE) for F. Jerome Tapley to Appear Pro Hac Vice. Document filed by Jeffrey M. Adams, BAMC Inc., Jeff Blumin, Kyle Blumin, Michael L. Blumin, Henry N. Camferdam Jr., Carmel Partners L.P., DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, |

| | | |
|---|---|---|
| | | HNC Ditch Investments LLC, JB Hilltop Investments LLC, JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, Jay Michener, NRK Syracuse Investments, L.L.C., Oak Tree Investments, LLC., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, Carol Trigilio, R. Thomas Weeks. (jmi, ) (Entered: 07/21/2004) |
| 08/17/2004 | 132 | JOINT MOTION (FILED ON SERVICE DATE) supplemental order on class proceedings. . (cd, ) (Entered: 08/19/2004) |
| 08/19/2004 | 134 | AFFIDAVIT of Kevin E. Hulslander, Esq. in Support of defendant Dermody, Burke & Brown, CPA, PLLC's requeest for an Order substituting Smith, Sovik, Kendrick & Sugnet, P.C. as its counsel of record in this action. Document filed by Pasquale & Bowers, L.L.P. (djc, ) (Entered: 08/25/2004) |
| 08/20/2004 | 133 | ORDER granting 132 Motion for Joint Motion For Supplemental Order on Class Proceedings . (Signed by Judge Shira A. Scheindlin on 8/18/2004) (jsa, ) (Entered: 08/20/2004) |
| 08/27/2004 | 135 | MOTION (FILED ON SERVICE DATE) to allow document access by its Insurers. Document filed by Jenkens & Gilchrist. (jco, ) (Entered: 08/31/2004) |
| 09/08/2004 | 136 | ORDER allowing document access to J&G's Insurers. (Signed by Judge Shira A. Scheindlin on 9/3/04) (kw, ) (Entered: 09/14/2004) |
| 09/22/2004 | 137 | TRANSCRIPT of proceedings held on 9/15/04 before Judge Shira A. Scheindlin.(pa, ) (Entered: 09/22/2004) |
| 09/24/2004 | 138 | AGREED ORDER, clarifying right to communicate with counsel for class members and counsel for OPT OUTS. (Signed by Judge Shira A. Scheindlin on 9/21/04) (sac, ) (Entered: 09/28/2004) |
| 09/28/2004 | 139 | TRANSCRIPT of proceedings held on 9/21/04 before Judge Shira A. Scheindlin.(pa, ) (Entered: 09/28/2004) |
| 10/04/2004 | 140 | TRANSCRIPT of proceedings held on 9/21/04 before Judge Shira A. Scheindlin.(pa, ) (Entered: 10/04/2004) |
| 10/04/2004 | 141 | TRANSCRIPT of proceedings held on 9/21/04 before Judge Shira A. Scheindlin.(pa, ) (Entered: 10/04/2004) |
| 10/12/2004 | 142 | ORDER TO SHOW CAUSE by Thomas Denney, R. Thomas Weeks, Noraman R. Kirsits, Kathryn M. Kirisits, TD Cody Investments, L.L.C. RTW High Investments L.L.C. NRK Syracuse Investments, L.L.C. DKW Lockport Investors, Inc., DKW Partners, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company on their own behalf and on behalf of all others similarly situated. Tiffany Circle Investments L.L.C. Tiffany Circle Investments, Show Cause Hearing set for 11/8/2004 04:30 PM before Judge |

| | | Shira A. Scheindlin. Show Cause Response due by 10/25/2004. (Signed by Judge Shira A. Scheindlin on 10/8/2004) (jsa, ) Modified on 10/13/2004 (jsa, ). Modified on 10/13/2004 (jsa, ). (Entered: 10/13/2004) |
|---|---|---|
| 10/15/2004 | 143 | MOTION (FILED ON SERVICE DATE) Plaintiffs and Jenkens & Gilchrist ask the court to order a mediation of all disputes with those who have opted out of the settlement. Document filed by Jeffrey M. Adams, BAMC Inc., Jeff Blumin, Kyle Blumin, Michael L. Blumin, Henry N. Camferdam Jr., Carmel Partners L.P., DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, HNC Ditch Investments LLC, JB Hilltop Investments LLC, JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, Jenkens & Gilchrist, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, Jay Michener, NRK Syracuse Investments, L.L.C., Oak Tree Investments, LLC., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, Carol Trigilio, R. Thomas Weeks. (dle, ) (Entered: 10/21/2004) |
| 10/20/2004 | 144 | ORDER, The Court hereby adopts the 10/11/04 recommendation of Special Masters Michael Young and Michael Dontzin regarding the discovery dispute between the plaintiff class and the individual defendnats Paul Daugerdas, Erwin Meyer and Donna Guerin, w/ modifications as set forth in this Order. (Signed by Judge Shira A. Scheindlin on 10/18/04) (ae, ) (Entered: 10/25/2004) |
| 10/21/2004 | 154 | MOTION (FILED ON SERVICE DATE) to lift the stay. Document filed by Jeffrey M. Adams, BAMC Inc., Jeff Blumin, Kyle Blumin, Michael L. Blumin, Henry N. Camferdam Jr., Carmel Partners L.P., DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, HNC Ditch Investments LLC, JB Hilltop Investments LLC, JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, Jay Michener, NRK Syracuse Investments, L.L.C., Oak Tree Investments, LLC., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, Carol Trigilio, R. Thomas Weeks. (moc, ) (Entered: 11/22/2004) |
| 10/27/2004 | 145 | ORDER, the Court hereby adopts the 10/15/04 recommendation of Special Masters Michael Young and Michael Dontzin regarding the request by Jenkens & Gilchrist for access to the documents produced regarding the financial capacity of the individual defts Paul Daugerdas, Erwin Meyre and Dona Guerin. All restrictions on access to these docuemtns by Class Counsel imposed by the Court's prior rulings apply equally to Jenkens & Gilchrist. (Signed by Judge Shira A. Scheindlin on 10/27/04) (cd, ) (Entered: |

| | | 11/01/2004) |
|---|---|---|
| 10/27/2004 | 146 | NOTICE OF MEDIATION, the Mediation date is 12/1-2/04, as further set forth in this document. Each of you has until 12/17/04 to retract your election to opt out of the class, as further set forth in this document. (Signed by Judge Shira A. Scheindlin on 10/27/04) (cd, ) (Entered: 11/01/2004) |
| 10/29/2004 | 148 | MEMORANDUM OF LAW in Opposition to plaintiffs' motion to vacate the Court's stay of proceedings pending appeal. Document filed by BDO Seidman, L.L.P., Paul Shanbrom. (jco, ) (Entered: 11/04/2004) |
| 11/01/2004 | 147 | ORDER, the Court orders the following parties to attend a mediation of all issues relating to the pending class action settlement with Jenkens & Gilchrist, Paul Daugerdas, Erwin Mayer and Donna Guerin: Jenkes, Paul Daugerdas, Erwin Mayer, Donna Guerin, Class Counsel, all insurers of Jenkens who have agreed to contribute to the settlement. The mediation date is 12/1-2/04, and as further set forth in this document. (Signed by Judge Shira A. Scheindlin on 10/27/04) (cd, ) (Entered: 11/01/2004) |
| 11/01/2004 | 151 | BRIEF in support of evidentiary determination regarding Kerekes Memorandum. Document filed by Jeffrey M. Adams, BAMC Inc., Jeff Blumin, Kyle Blumin, Michael L. Blumin, Henry N. Camferdam Jr., Carmel Partners L.P., DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, HNC Ditch Investments LLC, JB Hilltop Investments LLC, JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, Jay Michener, NRK Syracuse Investments, L.L.C., Oak Tree Investments, LLC., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, Carol Trigilio, R. Thomas Weeks.(jco, ) (Entered: 11/09/2004) |
| 11/04/2004 | 150 | ORDER; that the request to lift the preliminary injunction is hereby granted; the Court continues to urge the parties to reach settlement; the parties may requests, informally but with notice and fair opportunity to be heard, that the Court re-impose the stay, on or after 12/17/04. (Signed by Judge Shira A. Scheindlin on 11/3/04) (pl, ) (Entered: 11/08/2004) |
| 11/05/2004 | 149 | TRANSCRIPT of proceedings held on 10/8/04 before Judge Shira A. Scheindlin.(Nocco, Joseph) (Entered: 11/05/2004) |
| 11/05/2004 | 153 | ORDER that all future proposed orders that are submitted to the Court in this action include a statement that either states: (i) that the proposed order does not address confidentiality, privilege, or the admissibility of evidence, or (11) that the party submitting the proposed order has complied with the notice provisions of this Court's 5/14/04 Order, and describe what that party did to comply with that Order. So Ordered. (Signed by Judge Shira A. Scheindlin on 11/3/04) (jco, ) (Entered: 11/10/2004) |