| | | |
|---|---|---|
| 11/10/2004 | 152 | AFFIDAVIT of W. Ralph Canada, Jr. who is familiar with the facts.. Document filed by Jeffrey M. Adams, BAMC Inc., Jeff Blumin, Kyle Blumin, Michael L. Blumin, Henry N. Camferdam Jr., Carmel Partners L.P., DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, HNC Ditch Investments LLC, JB Hilltop Investments LLC, JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, Jay Michener, NRK Syracuse Investments, L.L.C., Oak Tree Investments, LLC., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, Carol Trigilio, R. Thomas Weeks. (pa, ) (Entered: 11/10/2004) |
| 11/17/2004 | 155 | MEMORANDUM OF LAW in Support re: 154 MOTION (FILED ON SERVICE DATE) to vacate the stay. Document filed by Jeffrey M. Adams, BAMC Inc., Jeff Blumin, Kyle Blumin, Michael L. Blumin, Henry N. Camferdam Jr., Carmel Partners L.P., DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, HNC Ditch Investments LLC, JB Hilltop Investments LLC, JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, Jay Michener, NRK Syracuse Investments, L.L.C., Oak Tree Investments, LLC., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, Carol Trigilio, R. Thomas Weeks. (moc, ) (Entered: 11/22/2004) |
| 11/17/2004 | 156 | MEMORANDUM OF LAW in Opposition re: 154 MOTION (FILED ON SERVICE DATE) to Vacate the stay and joinder in BDO Seidman, LLP's and Paul Shanbrom's memorandum of law in opposition to plaintiffs' motion to vacate stay. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. (moc, ) (Entered: 11/22/2004) |
| 11/17/2004 | 157 | PLAINTIFFS' REPLY TO OPPOSITIONS re: 154 MOTION (FILED ON SERVICE DATE) to Vacate the stay. Document filed by Jeffrey M. Adams, BAMC Inc., Jeff Blumin, Kyle Blumin, Michael L. Blumin, Henry N. Camferdam Jr., Carmel Partners L.P., DD Tiffany Circle Investments, L.L.C., DKW Lockport Investors, Inc., DKW Partners, Thomas Denney, Donald A. Destefano, Patricia J. Destefano, Diamond Roofing Company, Inc., Fayetteville Partner, HNC Ditch Investments LLC, JB Hilltop Investments LLC, JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, KB Hoag Lane Investments LLC, Kathryn M. Kiirisits, Norman R. Kirisits, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., MB St. Andrews investments LLC, Jay Michener, NRK Syracuse Investments, L.L.C., Oak Tree Investments, |

| | | |
|---|---|---|
| | | LLC., RTW High Investments, L.L.C., TD Cody Investments, L.L.C., Tiffany Circle Partners, Carol Trigilio, R. Thomas Weeks. (moc, ) (Entered: 11/22/2004) |
| 11/17/2004 | 158 | NOTICE of Appearance by Cary Brian Samowitz on behalf of BDO Seidman, L.L.P., Paul Shanbrom (pl, ) (Entered: 11/29/2004) |
| 11/29/2004 | 159 | OPINION AND ORDER # 90931. Plaintiff's motion to lift the stay is granted. (Signed by Judge Shira A. Scheindlin on 11/23/2004) (jsa, ) (Entered: 11/30/2004) |
| 11/30/2004 | 160 | TRANSCRIPT of proceedings held on 11/18/2004 before Judge Shira A. Scheindlin.(Gonzalez, Jose) (Entered: 11/30/2004) |
| 11/30/2004 | 161 | TRANSCRIPT of proceedings held on 11/18/2004 before Judge Shira A. Scheindlin.(Gonzalez, Jose) (Entered: 11/30/2004) |
| 12/02/2004 | 162 | NOTICE of Appearance by Steven Spielvogel on behalf of Loretta Clarke, Jeffrey Clarke, Douglas MacGregor, Lorraine Clasquin, Eric Harslem (pa, ) (Entered: 12/06/2004) |
| 12/07/2004 | 164 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Nicole G. Iannaronne is permitted to appear before this Court and sign filings with respect to the matter of Denney v Jenkens and Gilchrist (Signed by Judge Shira A. Scheindlin on 12/6/2004) (jsa, ) Modified on 12/14/2004 (jsa, ). (Entered: 12/14/2004) |
| 12/08/2004 | 163 | ORDER ADMITTING ATTORNEY H. Lamr Mixon PRO HAC VICE. (Signed by Judge Shira A. Scheindlin on 12/6/04) (cd, ) (Entered: 12/13/2004) |
| 12/08/2004 | | Transmission to Attorney Admissions Clerk. Transmitted re: 163 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (cd, ) (Entered: 12/13/2004) |
| 12/09/2004 | | CASHIERS OFFICE REMARK in the amount of $25.00, paid on 12/9/04, Receipt Number 528666. (jco, ) (Entered: 12/16/2004) |
| 12/09/2004 | | CASHIERS OFFICE REMARK in the amount of $25.00, paid on 12/9/04, Receipt Number 528666. (dle, ) (Entered: 12/20/2004) |
| 12/14/2004 | 165 | ORDER; Jack Riggs; Dot Com Investments, LLC; Sixth Street Partners; and Technology Capital Corporation are granted leave to intervene in this action for purposes of action as class representatives for the settlement class. The Clerk is directed to close this motion [#127 on the docket sheet]. (Signed by Judge Shira A. Scheindlin on 12/9/04) (sac, ) (Entered: 12/15/2004) |
| 12/14/2004 | 166 | STIPULATION AND ORDER; defendants' time to answer, move or otherwise respond to plaintiffs' Second Amended Class Action Complaint in this action is hereby extended until 1/10/05. Plaintiffs' opposition to any motion to dismiss will be served by 2/10/05 and defendants' reply will be served by 2/25/05. (Signed by Judge Shira A. Scheindlin on 12/13/04) (sac, ) (Entered: 12/15/2004) |

| | | |
|---|---|---|
| 12/15/2004 | 167 | ORDER Having considered the joint application for a stay of plaintiffs and defendants Cantley and Sedacca LLP and Edward Sedacca, it is ordered that all briefing and dsicovery deadlines are stayed for 60 days from the date of this order. However, Cantley is to continue to participate in all responsibilities shared jointly with other parties. Either party may apply be letter for the stay to be lifted at any time, in which event the stay will be lifted. (Signed by Judge Shira A. Scheindlin on 12/13/2004) (jsa, ) (Entered: 12/16/2004) |
| 12/20/2004 | 168 | ORDER ; that the deadline for retracting elections to opt out of the class preliminarily certified in this case is extended through 5 p.m. on 12/23/2004. (Signed by Judge Shira A. Scheindlin on 12/17/2004) (jp, ) (Entered: 12/22/2004) |
| 12/27/2004 | 169 | MEMORANDUM AND OPINION # 91051. Defendants' request for certification to pursue an interlocutory appeal is denied (Signed by Judge Shira A. Scheindlin on 12/21/04) (yv, ) (Entered: 12/29/2004) |
| 12/27/2004 | 171 | MOTION (FILED ON SERVICE DATE) to Approve supplemental notice to the class., MOTION (FILED ON SERVICE DATE) for Extension of Time to file objections to the amended class settlement. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Jenkens & Gilchrist, Thomas Denney, Paul M. Daugerdas, Kathryn M. Kiirisits, R. Thomas Weeks, Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Erwin Mayer, Donna Guerrin, NRK Syracuse Investments, L.L.C., DKW Lockport Investors, Inc., Donald A. Destefano. (djc, ) (Entered: 01/06/2005) |
| 12/30/2004 | 170 | ORDER; Extending Deadline for objections to the amended class settlement and approving a supplemental notice to the class; the deadline for class mambers to file objections to the Class Settlement, as amended is extended to January 10, 2005; the form of Supplemental Notice attached hereto as Exhibit 1 is approved. Jenkens & Gilchrist is ordered to maile the Supplemental notice to all Class members (excluding those former Class Members who timely opted out of the Class and did not rejoin) by First Class Untied States mail, to their last known address, no later than December 30, 2004. J&G is to file Proof of Service, by confidential Class Member identification number, on or before 1/7/04. (Signed by Judge Shira A. Scheindlin on 12/28/04) (djc, ) (Entered: 01/06/2005) |
| 01/05/2005 | | CASHIERS OFFICE REMARK on 163 Order Admitting Attorney Pro Hac Vice, 164 Order Admitting Attorney Pro Hac Vice, in the amount of $50.00, paid on 12/09/04, Receipt Number 528666. (mlo, ) (Entered: 01/05/2005) |
| 01/05/2005 | 172 | NOTICE of Voluntary Dismissal as to defendants Pasquale & Bowers, LLP and Dermody, Burke, and Brown with prejudice pursuant to Rule 41(a)(1) of the F.R.C.P. (Signed by Judge Shira A. Scheindlin on 1/4/05) (ml, ) Modified on 1/6/2005 (ml, ). (Entered: 01/06/2005) |

| | | |
|---|---|---|
| 01/07/2005 | 173 | MOTION (FILED ON SERVICE DATE) for an Order to opt out or in the alternative to object to the settlement. Document filed by Loretta Clarke, Jeffrey Clarke, Douglas MacGregor, Lorraine Clasquin, Eric Harslem. (jco, ) (Entered: 01/17/2005) |
| 01/10/2005 | 174 | BRIEF in support of 173 MOTION (FILED ON SERVICE DATE). Document filed by Loretta Clarke, Jeffrey Clarke, Douglas MacGregor, Lorraine Clasquin, Eric Harslem.(jco, ) (Entered: 01/17/2005) |
| 01/10/2005 | 175 | Objections of Bido Seidman, LLP and Paul Shanbrom to the proposed Jenkens & Gilchrist class settlement. Document filed by BDO Seidman, L.L.P., Paul Shanbrom. (dle, ) (Entered: 01/17/2005) |
| 01/10/2005 | 176 | JOINDER of Deutsche Bank AG and Deutsche Bank Securities, Inc. to join in BDO Seidman's opposition to the Jenkens & Gilchrist dfts' proposed class settlement, 175 Objection (non-motion). Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc..(dle, ) (Entered: 01/17/2005) |
| 01/10/2005 | 177 | Objection of James E. Mattei and J. Scott Mattei to proposed amended settlement. (dle, ) (Entered: 01/17/2005) |
| 01/10/2005 | 178 | Class Members Denis Hoasjoe,M.D. and Robert E. Moore's objection to amended mediated class settlement and request to opt out of the class. (dle, ) (Entered: 01/17/2005) |
| 01/11/2005 | 180 | AFFIDAVIT OF SERVICE of Joinder of proposed class settlement served on counsel listed on page 2 on 1/10/05. Service was accepted by Federal Express Mail. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. (db, ) (Entered: 01/19/2005) |
| 01/13/2005 | 179 | CERTIFICATE OF SERVICE of Supplemental Notice-Amended Class Settlement served on persons listed in this document on 12/29/04. Service was made by Mail. (kw, ) (Entered: 01/18/2005) |
| 01/17/2005 | 181 | MOTION (FILED ON SERVICE DATE) for an order for final approval of class settlement final certification of the class and award of ttorneys' fees and costs. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald A. Destefano. (dle, ) (Entered: 01/25/2005) |

| | | |
|---|---|---|
| 01/18/2005 | | CASHIERS OFFICE REMARK on 82 Order Admitting Attorney Pro Hac Vice, in the amount of $25.00, paid on 1/12/2005, Receipt Number 530907. (gm, ) (Entered: 01/18/2005) |
| 01/18/2005 | 182 | DECLARATION of lead counsel pursuant to Rule 23, FRCP as evidence. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald A. Destefano. (dle, ) (Entered: 01/25/2005) |
| 01/18/2005 | 183 | Additional Evidentiary Support re: 181 MOTION (FILED ON SERVICE DATE) to Approve class settlement, final certification of the class and award of attorneys' fees and costs. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald A. Destefano. (dle, ) (Entered: 01/25/2005) |
| 01/18/2005 | 184 | Class Representatives' brief in support of final approval of class settlement, final certification of the class and award of attorneys' fees and costs. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald |

| | | |
|---|---|---|
| | | A. Destefano.(dle, ) (Entered: 01/25/2005) |
| 01/19/2005 | 186 | DECLARATION of Petri Darby as to publication of Summary Notice. Document filed by Jenkens & Gilchrist. (kkc, ) (Entered: 01/27/2005) |
| 01/19/2005 | 187 | MOTION (FILED ON SERVICE DATE) for Final Approval of Class Settlement, and MOTION (FILED ON SERVICE DATE) to Certify Class Action. Document filed by Dot Com Investments, L.L.C., Jack Riggs, Sixth Street Partners, Technology Capital Corporation. (kkc, ) (Entered: 01/27/2005) |
| 01/20/2005 | 188 | MOTION (FILED ON SERVICE DATE) for entry of Final Judgment confirming certification of Settlement Class, fld by The Class Reprsentatives and the J&G defts. (cd, ) (Entered: 01/28/2005) |
| 01/20/2005 | 189 | DECLARATIONS in Support re: 188 MOTION (FILED ON SERVICE DATE) for entry of Final Judgment confirming certification of Settlement Class.. Document filed by Jenkens & Gilchrist. (cd, ) (Entered: 01/31/2005) |
| 01/20/2005 | 190 | MEMORANDUM OF LAW in Support re: 188 MOTION (FILED ON SERVICE DATE) for entry of Final Judgment confirming certification of Settlement Class.. Document filed by Jenkens & Gilchrist. (cd, ) (Entered: 01/31/2005) |
| 01/24/2005 | 192 | BRIEFin Reply to Class consel and Jenkens & Gilchrist's Briefs in Support of Settlement. Document filed by Loretta Clarke, Jeffrey Clarke, Douglas MacGregor, Lorraine Clasquin, Eric Harslem.(djc, ) (Entered: 02/03/2005) |
| 01/24/2005 | 193 | NOTICE of Appearance by Adam Selim Hakki, Steven F. Molo on behalf of Erwin Mayer (djc, ) (Entered: 02/03/2005) |
| 01/24/2005 | 194 | Objectors Denis Hoasjoe, M.D. and Robert E. Moore's Response to Class Representatives' Brief in Support of Final Approval of Class Settlement. (djc, ) (Entered: 02/03/2005) |
| 01/24/2005 | 195 | DECLARATION OF SERVICE of notice of settlement of class action claims against Jenkens & Gilchrist and its Shareholders was mailed by First Class mail to last known addresses of each of the persons identified by their confidential first class mail to the last konwn addresses of each of the persons identified by their confidential Class Member identifiction numbers on Exhibit B. On December 29, 2004, a copy of Exhibit C, Supplemental Notice - Amkended Class Settlement was mailed by first class mail to the last known addresses of each of the person sidentified by theire cnfidential Clas sMember identification numbers on Exhibit D. Immediately upon learning that a few Class Members may have received incomplete copies of the "Supplemental Notice - Amended Class Settlement, Exhibit C, another copy of Exhibit C was mailed by first class mail to the last known addresses of each of the persons identified by their confidential Class Member identification numbers on Exhibit D. (djc, ) (Entered: 02/08/2005) |
| 01/25/2005 | | MOTION (FILED ON SERVICE DATE) for an Order Dismissing the first and second claims in plaintiffs' second amended complaint pursuant to Rules |

|  |  | 12(b)(6) and 9(b) of the FRCP. Declaration of Benjamin Sokoly in support attached. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Original entry in 00cv2843 document number 87. (yv, ) (Entered: 03/18/2005) |
| --- | --- | --- |
| 01/26/2005 | 185 | TRANSCRIPT of proceedings held on 1/24/05 Judge Shira A. Scheindlin.(Martin, Leslie) (Entered: 01/26/2005) |
| 01/28/2005 | 198 | ORDER; re: 171 MOTION (FILED ON SERVICE DATE) to Approve supplemental notice to the class. MOTION (FILED ON SERVICE DATE) for Extension of Time. MOTION (FILED ON SERVICE DATE) for Extension of Time. MOTION (FILED ON SERVICE DATE) for Extension of Time. The proponents of the proposed settlement with Jenkens & Gilchrist are hereby ordered to send the finalized proposed judgment to all class members by the best means practicable under the circumstance. Class members have one week from the date of mailing to file objections to the settlement terms with the Court, with a copy to be sent to counsel for the settling parties. This notice does not constitute permission to OPT out of the Class, but solely to object to the terms of the settlement. (Signed by Judge Shira A. Scheindlin on 1/27/05) (pl, ) Modified on 2/9/2005 (kg, ). (Entered: 02/08/2005) |
| 02/01/2005 | 191 | TRANSCRIPT of proceedings held on 12/6/04 before Judge Shira A. Scheindlin. (es, ) (Entered: 02/01/2005) |
| 02/01/2005 | 196 | Supplemental DECLARATION of Thomas H. Cantrill. Document filed by Jenkens & Gilchrist. (kw, ) (Entered: 02/08/2005) |
| 02/04/2005 | 197 | Objection to settlement and request for atty fees. Document filed by Loretta Clarke, Jeffrey Clarke, Douglas MacGregor, Lorraine Clasquin, Eric Harslem. (jp, ) (Entered: 02/08/2005) |
| 02/04/2005 | 200 | MEMORANDUM OF LAW in Opposition re: 187 MOTION (FILED ON SERVICE DATE) to Approve Class Settlement. MOTION (FILED ON SERVICE DATE) to Certify Class. MOTION (FILED ON SERVICE DATE) to Certify Class.. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc.. (fk, ) (Entered: 02/11/2005) |
| 02/04/2005 | 201 | THE MATTEI OBJECTORS' MEMORANDUM OPPOSING APPROVAL OF THE SETTLEMENT WITHOUT PRIOR COMPLIANCE WITH RULE 23 AND THE DUE PROCESS CLAUSE OF THE CONSTITUTION. Document filed by MB St. Andrews investments LLC. (dcr, ) (Entered: 02/14/2005) |
| 02/04/2005 | 205 | CERTIFICATE OF SERVICE of Final Judgment and Order of Dismissal of Claims against Jenkens & Gilchrist defendants pursuant to Rule 54(b) served on Class member on 1/28/05. Service was made by Federal Express. Document filed by Jenkens & Gilchrist. (kw, ) (Entered: 02/17/2005) |
| 02/07/2005 | 204 | NOTICE of Change of Firm Name by Cary Brian Samowitz on behalf of BDO Seidman, L.L.P., Paul Shanbrom. New Address: DLA Piper Rudnick Gray Cary US LLP, (djc, ) (Entered: 02/17/2005) |

| | | |
|---|---|---|
| 02/08/2005 | 199 | ORDER; that pltffs are ordered to submit additional briefing, to the extent necessary to meet the burden further set forth on this order, within one week of the date of this order. (Signed by Judge Shira A. Scheindlin on 2/4/2005) (jp, ) (Entered: 02/10/2005) |
| 02/10/2005 | 202 | ORDER; the Court finds that attorney Alison B. Prout's request for admission pro hac vice is granted. That Alison B. Prout is permitted to appear before this Court and sign filings with respect to the matter of Denney v. Jenkens & Gilchrist. (Signed by Judge Shira A. Scheindlin on 1/24/05) (sac, ) (Entered: 02/14/2005) |
| 02/10/2005 | 203 | ORDER; that Robert L. Ketchand, Constance O. Barnes and Philip E. Bryant are admitted pro hac vice in this action. For whom not specified. (Signed by Judge Shira A. Scheindlin on 1/24/05). (sac, ) (Entered: 02/14/2005) |
| 02/10/2005 | | CASHIERS OFFICE REMARK on 203 Order in the amount of $75.00, paid on 1/25/05, Receipt Number 532147. (sac, ) (Entered: 02/14/2005) |
| 02/14/2005 | 207 | Class Representatives' Supplemental Brief in Support of Class Settlement and Final Certification of the Class.(djc, ) (Entered: 02/18/2005) |
| 02/16/2005 | 214 | LETTER addressed to Judge Scheindlin from Rod Phelan/Baker Botts LLP, dated 2/10/05: re latest round of objections. (cd, ) (Entered: 03/02/2005) |
| 02/17/2005 | 209 | Objectors and Putative Class Members Eric Harslem, Lorraine Clasquin, Douglas MacGregor, Jeffrey Clarke and Loretta Clarke's Brief in Response to class representatives' supplemental brief in support of class settlement and final certification of the class. Document filed by Loretta Clarke, Jeffrey Clarke, Douglas MacGregor, Lorraine Clasquin, Eric Harslem.(dle, ) (Entered: 02/24/2005) |
| 02/17/2005 | 210 | The Mattei Objectors' Supplemental Memorandum opposing class certification, opposing the proposed settlement and opposing entry of proposed final judgment. Document filed by J. Scott Mattei, James E. Mattei. (dle, ) (Entered: 02/24/2005) |
| 02/18/2005 | 206 | FINAL JUDGMENT AND ORDER of dismissal of claims against Jenkens & Gilchrist defendants pursuant to Rule 54(b). (Signed by Judge Shira A. Scheindlin on 2/18/05) (ml, ) (Entered: 02/18/2005) |
| 02/18/2005 | 208 | MEMORANDUM AND OPINION #91256; for the reasons set forth on this Opinion, the Court approves the proposed settlementas fair, reasonable and adequate, and certify the proposed class. Certification is solely for the purpose of settlement of the class claims against Jenkins. The joint motion of Jenkins and Lead Pltffs for entry of final judgment confirming the certification of the settlement class and approving the class settlement is granted. Class counsels motion for fees and expenses is granted to the extent further set forth on this Opinion. The request of counsel for the Harslem Pltffs for fees and expenses is granted to the extent further set forth on this Opinion. Lead Pltffs request for an incentive award is granted. Objectors |

| | | |
|---|---|---|
| | | requests to opt out of the class are denied. The Clerk of the Court is directed to close these motions (#'s 173, 181, 187, 188). (Signed by Judge Shira A. Scheindlin on 2/18/2005) (jp, ) (Entered: 02/22/2005) |
| 02/23/2005 | | CASHIERS OFFICE REMARK on 202 Order, in the amount of $25.00, paid on 1/25/05, Receipt Number 532146. (mlo, ) (Entered: 02/23/2005) |
| 02/23/2005 | | CASHIERS OFFICE REMARK on 203 Order in the amount of $75.00, paid on 1/25/05, Receipt Number 532147. (mlo, ) (Entered: 02/23/2005) |
| 02/26/2005 | 211 | MOTION (FILED ON SERVICE DATE) to Alter or amend Judgment re: 206 Judgment. Document filed by J. Scott Mattei, James E. Mattei. (djc, ) (Entered: 03/01/2005) |
| 02/28/2005 | 212 | MEMORANDUM OF LAW in Support re: 211 MOTION (FILED ON SERVICE DATE) to Alter Judgment re: 206 Judgment.. Document filed by J. Scott Mattei, James E. Mattei. (djc, ) (Entered: 03/01/2005) |
| 02/28/2005 | 213 | NOTICE of of Motion to Alter or Amend the Judgment Purs to FRC 59(e) re: 206 Judgment. Document filed by J. Scott Mattei, James E. Mattei. (djc, ) (Entered: 03/01/2005) |
| 02/28/2005 | 215 | ORDER Purs. to FRCP 60(a) correcting final Judgment and Order of Dismissal of claims against Jenkins & Gilchrist defts purs. to Rule 54(b). (Signed by Judge Shira A. Scheindlin on 2/25/2005) (jp, ) (Entered: 03/03/2005) |
| 03/02/2005 | 216 | MANDATE of USCA WITHDRAWING APPEAL (Certified Copy) as to 83 Notice of Interlocutory Appeal,, filed by BDO Seidman, L.L.P.,, Paul Shanbrom, USCA Case Number 04-2654-cv....that the appeal is hereby WITHDRAWN. As indicated MACKECHNIE, Clerk USCA. Certified: 2/24/05. (pr, ) (Entered: 03/04/2005) |
| 03/02/2005 | 218 | MEMORANDUM AND OPINION # 91304 re: 211 MOTION (FILED ON SERVICE DATE) to Alter Judgment re: 206 Judgment filed by James E. Mattei, J. Scott Mattei. The Matteis' motion is denied. The Clerk of the Court is directed to close this motion [#211]. So Ordered. (Signed by Judge Shira A. Scheindlin on 3/1/05) (jco, ) (Entered: 03/08/2005) |
| 03/02/2005 | | Mailed notice of Right to Appeal re: 206 Judgment and to Attorney(s) of Record: Larry Black, Ralph Canada Jr, Stewart Clancy, Ernest Cory, Jeffrey H. Daichman, David R. Deary, Seth C. Farber, Adam Selim Hakki, Joshua D. Harvey, Lawrence M Hill, Robert I. Howell, Kevin E. Hulslander, Nahum A. Kianovsky, Othni J. Lathram, Shari Claire Lewis, Stephen F. Malouf, H. Lamar Mixson, Steven F. Molo, Rod Phelan, Michael A. Pope, Cary Brian Samowitz, Jeven R. Sloan, Steven Spielvogel, Robb L. Voyles, Joe R. Whatley, Jr, Douglas E. Whitney, Michael R. Young. (lma, ) (Entered: 03/08/2005) |
| 03/02/2005 | 221 | REPLY MEMORANDUM OF LAW in Support re: 211 MOTION (FILED ON SERVICE DATE) to Alter Judgment re: 206 Judgment.. Document filed by J. Scott Mattei, James E. Mattei. (cd, ) (Entered: 03/08/2005) |

| | | |
|---|---|---|
| 03/04/2005 | | Transmission of USCA Mandate/Order to the District Judge & Magistrate Judge re: 216 USCA Mandate Withdrawing Appeal,. (pr, ) (Entered: 03/04/2005) |
| 03/04/2005 | 219 | NOTICE OF INTERLOCUTORY APPEAL from 206 Judgment, 103 Order,, 208 Memorandum & Opinion,,,. Document filed by J. Scott Mattei, James E. Mattei. Filing fee $ 255.00, receipt number E 536660. Copies of Notice of Interlocutory Appeal mailed to Attorney(s) of Record: To all parties listed on attached service list. (pr, ) (Entered: 03/08/2005) |
| 03/04/2005 | 222 | ENDORSED LETTER addressed to Judge Scheindlin from Todd Belous dated 3/2/05: defts' request for a further stay of the Denney litigation as it relates to the Cantley defts is hereby granted. The Denney v Jenkins and Gilchrist litigation is stayed with respect to the Cantley defts. The stay will be lifted on plntfs' request. (Signed by Judge Shira A. Scheindlin on 3/2/05) copies sent by chambers.(cd, ) (Entered: 03/10/2005) |
| 03/07/2005 | 217 | NOTICE OF PPEAL from 206 Judgment, 208 Memorandum & Opinion,,,. Document filed by BDO Seidman, L.L.P., Paul Shanbrom. Filing fee $ 255.00, receipt number E 536823. Copies of Notice of Appeal mailed to Attorney(s) of Record: To all parties on attached service list.. (pr, ) (Entered: 03/08/2005) |
| 03/08/2005 | | Transmission of Notice of Appeal to the District Judge re: 217 Notice of Appeal,. (pr, ) (Entered: 03/08/2005) |
| 03/08/2005 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 217 Notice of Appeal,. (pr, ) (Entered: 03/08/2005) |
| 03/08/2005 | | Transmission of Notice of Appeal to the District Judge re: 219 Notice of Interlocutory Appeal,. (pr, ) (Entered: 03/08/2005) |
| 03/08/2005 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 219 Notice of Interlocutory Appeal,. (pr, ) (Entered: 03/08/2005) |
| 03/08/2005 | 220 | NOTICE OF INTERLOCUTORY APPEAL from 206 Judgment, 215 Order, 208 Memorandum & Opinion,,,. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc.. Filing fee $ 255.00, receipt number E 536927. Copies of Notice of Interlocutory Appeal mailed to Attorney(s) of Record: To parties on attached service list. (pr, ) (Entered: 03/08/2005) |
| 03/08/2005 | | Transmission of Notice of Appeal to the District Judge re: 220 Notice of Interlocutory Appeal,. (pr, ) (Entered: 03/08/2005) |
| 03/08/2005 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 220 Notice of Interlocutory Appeal,. (pr, ) (Entered: 03/08/2005) |
| 03/14/2005 | | MEMORANDUM OF LAW in Support re: MOTION (FILED ON SERVICE DATE) to Dismiss. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Original entry in 03cv6942 document number |

| | | |
|---|---|---|
| | | 88. (yv, ) (Entered: 03/18/2005) |
| 03/14/2005 | | REPLY MEMORANDUM OF LAW in Support re: MOTION (FILED ON SERVICE DATE) to Dismiss. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Original entry in 03cv6942 document number 89. (yv, ) (Entered: 03/18/2005) |
| 03/14/2005 | | MEMORANDUM OF LAW in Opposition re: MOTION (FILED ON SERVICE DATE) to Dismiss. Document filed by William H. Seippel and Sharon A. Seippel. Original entry in 03cv6942 document number 91. (yv, ) Modified on 3/18/2005 (yv, ). (Entered: 03/18/2005) |
| 03/14/2005 | | CERTIFICATION of Seth C. Farber. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Original entry in 03cv6942 document number 90. (yv, ) (Entered: 03/18/2005) |
| 03/14/2005 | | DECLARATION of Robert L. Lash in Support re: Memorandum of Law in Oppisition to Motion. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald A. Destefano. Original entry in 03cv6942 document number 93. (yv, ) (Entered: 03/18/2005) |
| 04/12/2005 | 223 | USCA SCHEDULING ORDER as to 220 Notice of Interlocutory Appeal, filed by Deutsche Bank AG,, Deutsche Bank Securities, Inc.,, 219 Notice of Interlocutory Appeal, filed by James E. Mattei,, J. Scott Mattei,, 217 Notice of Appeal, filed by BDO Seidman, L.L.P.,, Paul Shanbrom, USCA Case Number 05-1275-cv(L),05-1279-cv(CON) 05-1287-cv(CON). Appeal Record due by 4/29/2005. (pr, ) (Entered: 04/13/2005) |
| 04/15/2005 | 224 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 219 Notice of Interlocutory Appeal, filed by James E. Mattei,, J. Scott Mattei,, 217 Notice of Appeal, filed by BDO Seidman, L.L.P.,, Paul Shanbrom, USCA Case Number 05-1275-cv (L); 05-1279-cv (CON), 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp, ) (Entered: 04/18/2005) |
| 06/08/2005 | 226 | TRUE COPY ORDER of USCA as to 220 Notice of Interlocutory Appeal, filed by Deutsche Bank AG,, Deutsche Bank Securities, Inc.,, 219 Notice of Interlocutory Appeal, filed by James E. Mattei,, J. Scott Mattei,, 217 Notice of Appeal, filed by BDO Seidman, L.L.P.,, Paul Shanbrom, USCA Case |

| | | |
|---|---|---|
| | | Number 05-1275-cv(L),05-1279-cv(CON),05-1287-cv(CON). Plaintiffs-Appellees move to dismiss defts-appellants appeal as indicated. ORDERED that the motions are DENIED as indicated. The motion to expedite the appeal is GRANTED as indicated. MACKECHNIE, Clerk USCA. Certified: 5/18/05. (pr, ) (Entered: 06/21/2005) |
| 06/08/2005 | | Transmission of USCA Mandate/Order to the District Judge re: 226 USCA Order,,. (pr, ) (Entered: 06/21/2005) |
| 06/10/2005 | 228 | ORDER of USCA (Certified Copy) USCA Case Number 04-2654-cv. Deft's Pasquale & Bowers, LLP, Dermody, Burke & Brown, Certified Public Accountants, PLLC, Michael D'Avirro, Carl Austin & David Ayoub, here withdraw their appeal with prejudice on the grounds that pltffs have voluntarily withdrawn their action with prejudice against defts.Pasquale & Bowers, LLP, Dermody, Burke & Brown, Certified Public Accountants, PLLC, Michael D'Avirro, Carl Austin & David Ayoub, as ordered by the Hon. Shira A. Scheindlin dtd. 1/4/05. MACKECHNIE, Clerk USCA. Certified: 6/9/05. (pr, ) (Entered: 07/13/2005) |
| 06/13/2005 | 225 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - FIRST MOTION for Protective Order. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald A. Destefano. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B-Part1# 3 Exhibit Exhibit B-Part 2# 4 Exhibit Exhibit C# 5 Exhibit Exhibit D)(Daichman, Jeffrey) Modified on 6/14/2005 (kg). (Entered: 06/13/2005) |
| 06/14/2005 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jeffrey H. Daichman to MANUALLY RE-FILE Document Motion for Protective Order, Document No. 225. This case is not ECF. (kg) (Entered: 06/14/2005) |
| 07/08/2005 | 227 | MANDATE of USCA (Certified Copy) as to 85 Notice of Interlocutory Appeal,, filed by Dermody, Burke, and Brown, Certified Public Accountants, PLLC,, 84 Notice of Interlocutory Appeal,, filed by Deutsche Bank AG,, Deutsche Bank Securities, Inc.,, 88 Notice of Interlocutory Appeal, filed by Pasquale & Bowers, L.L.P.,, 83 Notice of Interlocutory Appeal,, filed by BDO Seidman, L.L.P.,, Paul Shanbrom, USCA Case Number 04-2654-cv(L),04-2659-cv(CON),04-2705-cv(CON),04-2808-cv(CON). |

| | | |
|---|---|---|
| | | Ordered, Adjudged and Decreed that the order of the District Court is REVERSED in part and VACATED in part in accordance with the opinion of this court. MACKECHNIE, Clerk USCA. Issued As Mandate: 7/5/05. (pr, ) (Entered: 07/11/2005) |
| 07/11/2005 | | Transmission of USCA Mandate/Order to the District Judge re: 227 USCA Mandate,,. (pr, ) (Entered: 07/11/2005) |
| 07/13/2005 | | Transmission of USCA Mandate/Order to the District Judge re: 227 USCA Mandate,,. (pr, ) (Entered: 07/13/2005) |
| 07/29/2005 | 229 | Costs Taxed as to 227 USCA Mandate,, USCA Case Number 04-2654-cv. in the amount of $4935.54. Docketed as Judgment #05,1430 on 8/2/2005 in favor of BDO Seidman, LLP & Paul Shanbrom against Denney et al. (nd, ) (Entered: 08/02/2005) |
| 08/23/2005 | 230 | TRANSCRIPT of proceedings held on 8/4/05 before Judge Shira A. Scheindlin. (lma, ) (Entered: 08/23/2005) |
| 09/09/2005 | 231 | MOTION (FILED ON SERVICE DATE) to Stay Proceedings pursuant to Section 3 of the Federal Arbitration Act. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Received in night deposit box on 10/21/05 at 5:04 p.m. (db, ) (Entered: 10/24/2005) |
| 10/21/2005 | 232 | MEMORANDUM OF LAW in Support re: 231 MOTION (FILED ON SERVICE DATE) to Stay. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Received in night deposit box on 10/21/05 at 5:04 p.m. (db, ) (Entered: 10/24/2005) |
| 10/21/2005 | 233 | REPLY MEMORANDUM OF LAW in Support re: 231 MOTION (FILED ON SERVICE DATE) to Stay. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Received in night deposit box on 10/21/05 at 5:04 p.m. (db, ) (Entered: 10/24/2005) |
| 10/21/2005 | 234 | Compendium of Unreported Decision Cited in Deutsche Bank AG, Deutsche Bank Securities, Inc.'s Reply Memorandum of Law in Further Support of their 231 Motion to Stay Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Received in night deposit box on 10/21/05 at 5:04 p.m. (db, ) (Entered: 10/24/2005) |
| 10/21/2005 | 235 | PLAINTIFF'S OPPOSITION BRIEF to Deutsche defendants' 231 Motion. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse |

| | | |
|---|---|---|
| | | Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald A. Destefano.(db, ) (Entered: 10/24/2005) |
| 10/21/2005 | 236 | REPLY DECLARATION of Benjamin Sokoly in Further Support re: 231 MOTION (FILED ON SERVICE DATE) to Stay. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Received in night deposit box on 10/21/05 at 5:04 p.m. (db, ) (Entered: 10/24/2005) |
| 11/23/2005 | 237 | MANDATE of USCA (Certified Copy) as to 220 Notice of Interlocutory Appeal, filed by Deutsche Bank AG, Deutsche Bank Securities, Inc., 219 Notice of Interlocutory Appeal, filed by James E. Mattei, J. Scott Mattei, 217 Notice of Appeal, filed by BDO Seidman, L.L.P., Paul Shanbrom, USCA Case Number 05-1275-cv(L); 05-1279-cv(CON); 05-1287-cv(CON). Ordered that the motion for voluntary dismissal is GRANTED. Roseann B. MacKechnie, Clerk USCA. Issued As Mandate: 11/9/05. (tp, ) (Entered: 11/28/2005) |
| 11/28/2005 | | Transmission of USCA Mandate/Order to the District Judge re: 237 USCA Mandate. (tp, ) (Entered: 11/28/2005) |
| 12/14/2005 | 238 | MEMORANDUM AND OPINION # 92509. For the foregoing reasons, The Deutsche Bank's motion is DENIED. The Clerk of the Court is directed to close this motion (Docket No. 231) (Signed by Judge Shira A. Scheindlin on 12/12/05) (js, ) (Entered: 12/14/2005) |
| 01/04/2006 | 239 | STIPULATION AND ORDER, Deutsche Bank Securities, Inc. answer to Plaintiffs' Second Amended Class Action Complaint due 1/30/2006. (Signed by Judge Shira A. Scheindlin on 1/3/06) (sac, ) (Entered: 01/05/2006) |
| 01/05/2006 | 240 | ORDER OF DISMISSAL; plaintiff's Notice of Dismissal is GRANTED and plaintiff's claims against defendants BDO Seidman, L.L.P. and Paul Shanbrom are hereby dismissed with prejudice. (Signed by Judge Shira A. Scheindlin on 1/4/06) (kco, ) (Entered: 01/06/2006) |
| 01/12/2006 | 241 | NOTICE OF APPEAL from 238 Memorandum & Opinion. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. Filing fee $ 255.00, receipt number E 566342. Copies of Notice of Appeal mailed to Attorney(s) of Record: Deary Montgomery DeFeo & Canada, LLP; Kane Kessler; Whatley Drake, LLC; Cory Watson Crowder & FeGaris, PC. (tp, ) (Entered: 01/17/2006) |
| 01/17/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 241 Notice of Appeal. (tp, ) (Entered: 01/17/2006) |
| 01/17/2006 | | Transmission of Notice of Appeal to the District Judge re: 241 Notice of Appeal.(tp, ) (Entered: 01/17/2006) |
| 02/02/2006 | 242 | STIPULATION AND ORDER that defts Deutsche Bank AG and Deutsche Bank Securities time to answer the Second Amended Complaint is extended to and including 2/13/06. (Signed by Judge Shira A. Scheindlin on 1/30/06) (cd, ) (Entered: 02/02/2006) |

| | | |
|---|---|---|
| 02/02/2006 | 243 | STIPULATION AND ORDER; proceedings in the District Court shall be stayed pendig resolution of Deutsche Bank's Appeal. (Signed by Judge Shira A. Scheindlin on 1/31/06) (djc, ) (Entered: 02/02/2006) |
| 02/02/2006 | 244 | STIPULATION AND ORDER that proceedings in the District Court shall be stayed pending resolution of Deutsche Bank's Appeal. So Ordered. (Signed by Judge Shira A. Scheindlin on 1/31/06) (jco, ) (Entered: 02/03/2006) |
| 02/03/2006 | 245 | STIPULATION AND ORDER the defendants Deutsche Bank AG and Deutsche Bank Securities Inc.'s time to answer second amended class action complaint. So Ordered. (Signed by Judge Shira A. Scheindlin on 2/1/06) (jco, ) (Entered: 02/03/2006) |
| 02/03/2006 | | Set Answer Due Date purs. to 245 Stipulation and Order as to Deutsche Bank AG answer due on 2/13/2006; Deutsche Bank Securities, Inc. answer due on 2/13/2006. (jco, ) (Entered: 02/03/2006) |
| 03/03/2006 | 246 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 241 Notice of Appeal, filed by Deutsche Bank AG,, Deutsche Bank Securities, Inc., USCA Case Number 06-0286-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (nd, ) (Entered: 03/03/2006) |
| 04/28/2006 | 247 | MANDATE of USCA (Certified Copy) as to 219 Notice of Interlocutory Appeal, filed by James E. Mattei,, J. Scott Mattei,, 241 Notice of Appeal, filed by Deutsche Bank AG,, Deutsche Bank Securities, Inc.,, 217 Notice of Appeal, filed by BDO Seidman, L.L.P.,, Paul Shanbrom,, 220 Notice of Interlocutory Appeal, filed by Deutsche Bank AG,, Deutsche Bank Securities, Inc., USCA Case Number 05-1275-cv(L); 05-1279-cv(CON); 05-1287-cv(CON). Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in part, VACATED in part, and REMANDED for further proceedings in accordance with the opinion of this court. Roseann B. MacKechnie, Clerk USCA. Issued As Mandate: 4/25/2006. (nd, ) (Entered: 05/01/2006) |
| 05/01/2006 | | Transmission of USCA Mandate/Order to the District Judge re: 247 USCA Mandate,,. (nd, ) (Entered: 05/01/2006) |
| 06/20/2006 | 248 | TRANSCRIPT of proceedings held on 5/25/06 before Judge Shira A. Scheindlin. (tro, ) (Entered: 06/20/2006) |
| 06/23/2006 | 249 | MOTION to enter modified judgment. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor |

| | | |
|---|---|---|
| | | Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald A. Destefano. (djc, ) (Entered: 06/27/2006) |
| 06/23/2006 | 250 | Plaintiffs, as Class Representatives' BRIEF in Support of re: 249 MOTION to enter modified judgment. (djc, ) (Entered: 06/27/2006) |
| 06/28/2006 | 251 | STIPULATION AND ORDER: the time for defendants Deutsche Bank AG and Deutsche Bank Securities Inc.'s time to file their Brief in Response to plaintiffs notice of motion to enter modified judgment is due 7/13/06; plaintiffs reply due 7/20/06. (Signed by Judge Shira A. Scheindlin on 6/26/06) (db, ) (Entered: 06/29/2006) |
| 06/28/2006 | | Set/Reset Deadlines as to 249 MOTION to enter modified judgment. Responses due by 7/13/2006 Replies due by 7/20/2006. (db, ) (Entered: 06/29/2006) |
| 07/13/2006 | 252 | AMENDED STIPULATION AND ORDER: The request of class counsel and counsel for defendants Deutsche Bank AG and Deutsche Bank Securities Inc. to extend the time for Deutsche Bank to file their brief in response to plaintiff's notice of motion to enter modified judgment to 7/20/2006. Any replies to Deutsche Banks' brief in response to plaintiff's motion shall be due on 7/27/2006. (Signed by Judge Shira A. Scheindlin on 7/12/2006) (lb, ) (Entered: 07/14/2006) |
| 07/18/2006 | 253 | MOTION permitting J&G to pay the Special Masters $5.25 million, the amount J&G agreed to pay under the stipulation and Settlement MOTION to Direct the Special Masters to hold and invest such funds in accordance with the Stipulation of Settlement (ii) directing the Special Masters, when the judgment approving this settlement becomes final, to distribute these funds in accordance with the Stipulation of Settlement (iii)providing that upon payment, J&G shall have no further interest in the 5.25 million apart from its contingent right to have the money refunded in the remote if not impossible event that the settlement fails. Document filed by Jenkens & Gilchrist(a Texas Professional Corporation), Jenkens & Gilchrist(an Illinois Professional Corporation). (jar, ) (Entered: 07/19/2006) |
| 07/20/2006 | 254 | SECOND AMENDED STIPULATION AND ORDER: the time for Deutsche Bank to file their brief in response to plaintiff's notice of motion to enter modified judgment shall be 8/03/2006. Any replies to Deutsche Banks' brief in response to plaintiff's motion shall be due on 8/10/2006. (Signed by Judge Shira A. Scheindlin on 7/19/2006) (lb, ) (Entered: 07/20/2006) |
| 07/25/2006 | 255 | ORDER granting 253 Motion to Direct, granting 253 Motion for payment of settlement . J&G may pay $5.25 million to the Special Masters, who are directed (i) to hold and invest such funds in accordance with the Stipulation of Settlement, and (ii) to distribute such funds in accordance with the Stipulation of Settlement at such time as the judgment approving the settlement becomes final ( as defined in the Stipulation of Settlement). Upon making this payment to the Special Masters, J&G will have no further |

| | | |
|---|---|---|
| | | payment obligation or interest in the $5.25 million; provided, however, that solely in the event the settlement fails for any reason, the settlement funds (less reasonable Special Masters' fees and expenses, as determined by the Court, allocable to administering the settlement funds prior to the failure of the settlement) shall be returned to J&G. This order is without prejudice to plaintiffs or any co-defendant and does not discharge, affect, or eliminate the payment or other obligations of any party to the Stipulation of Settlement, including but not limited to those of J&G's insurers and those of Daugerdas, Mayer and Guerin. (Signed by Judge Shira A. Scheindlin on 7/21/06) (jco, ) (Entered: 07/26/2006) |
| 08/03/2006 | 256 | MEMORANDUM OF LAW in Opposition re: 249 MOTION to enter modified judgment. Document filed by Deutsche Bank Securities, Inc.. (cd, ) (Entered: 08/04/2006) |
| 08/11/2006 | 257 | REPLY to Response to Motion re: 249 MOTION to enter modified judgment. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald A. Destefano. (jar, ) (Entered: 08/14/2006) |
| 08/14/2006 | 258 | RESPONSE re: 256 Memorandum of Law in Oppisition to Motion. Document filed by Jenkens & Gilchrist(an Illinois Professional Corporation). (jco, ) (Entered: 08/16/2006) |
| 10/31/2006 | 259 | MEMO ENDORSEMENT on NOTICE OF WITHDRAWAL of 249 MOTION to enter modified judgment. ENDORSEMENT: SO ORDERED. (Signed by Judge Shira A. Scheindlin on 10/26/06) (kco, ) (Entered: 10/31/2006) |
| 01/09/2007 | 260 | MEMORANDUM OF LAW IN RESPONSE to Motion re: 249 MOTION to enter modified judgment. Document filed by Deutsche Bank AG, Deutsche Bank Securities, Inc. (jar, ) (Entered: 01/10/2007) |
| 01/11/2007 | 261 | MANDATE of USCA WITHDRAWING APPEAL (Certified Copy) as to 241 Notice of Appeal, filed by Deutsche Bank AG,, Deutsche Bank Securities, Inc., USCA Case Number 06-0286-cv....that the appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Thomas Asreen, Acting Clerk USCA. Certified: 1/11/2007. (nd, ) (Entered: 01/11/2007) |

| | | |
|---|---|---|
| 01/11/2007 | | Transmission of USCA Mandate/Order to the District Judge re: 261 USCA Mandate Withdrawing Appeal,. (nd, ) (Entered: 01/11/2007) |
| 01/25/2007 | 263 | NOTICE of Voluntary Dismissal (UNSIGNED) pursuant to Rule 41(a)(1) of the F.R.C.P. Document filed by Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald A. Destefano. (db) (Entered: 01/31/2007) |
| 01/26/2007 | 262 | ORDER; plaintiffs' motion is denied as to Proposed Judgment One but granted as to Proposed Judgment Two. The Clerk of the Court is directed to enter Proposed Judgment Two and to close this motion. (Signed by Judge Shira A. Scheindlin on 1/25/07) (kco) (Entered: 01/29/2007) |
| 01/29/2007 | | Transmission to Judgments and Orders Clerk. Transmitted re: 262 Order,, to the Judgments and Orders Clerk. (kco) (Entered: 01/29/2007) |
| 02/02/2007 | 264 | FINAL JUDGMENT AND ORDER OF DISMISSAL of claims against Jenkens & Gilchrist defendants pursuant rule 54(b). (Signed by Judge Shira A. Scheindlin on 1/31/07) (ml) (Entered: 02/02/2007) |
| 02/05/2007 | | Mailed notice of Right to Appeal re: 264 Judgment and to Attorney(s) of Record: Larry Black, Ralph Canada, W. Ralph Canada, Jr, Stewart Clancy, Ernest Cory, Jeffrey H. Daichman, David R. Deary, Seth C. Farber, Adam Selim Hakki, Joshua D. Harvey, Lawrence M Hill, Robert I. Howell, Kevin Edward Hulslander, Nahum A. Kianovsky, Othni Lathram, Othni J. Lathram, Shari Claire Lewis, Stephen Ferris Malouf, H. Lamar Mixson, Steven Francis Molo, Rod Phelan, Michael A. Pope, Cary Brian Samowitz, Jeven R.. Sloan, Steven Spielvogel, Robb L. Voyles, Joe R. Whatley, JR, Douglas E. Whitney, Michael Richard Young. (rdz) (Entered: 03/20/2007) |
| 03/08/2007 | 265 | STIPULATION of Voluntary Dismissal With Prejudice of Thr Cantley & Sedacca Defendants pursuant to Rule 41(a)(1) of the F.R.C.P. of all claims by the Palintiffs in this action against the Cantley & Sedacca Defendants ONLY, with parties bearing their own costs. (Signed by Judge Shira A. Scheindlin on 3/6/2007) (jmi) (Entered: 03/12/2007) |
| 03/19/2007 | 266 | NOTICE OF CHANGE OF ADDRESS by Othni Lathram, Othni J. Lathram, Joe R. Whatley, JR on behalf of Patricia J. Destefano, DD Tiffany Circle Investments, L.L.C., Tiffany Circle Partners, Diamond Roofing Company, Inc., Thomas Denney, Kathryn M. Kiirisits, Jeff Blumin, JB Hilltop Investments LLC, Kyle Blumin, KB Hoag Lane Investments LLC, R. |

| | | |
|---|---|---|
| | | Thomas Weeks, Michael L. Blumin, MB St. Andrews investments LLC, Fayetteville Partner, Laurel Hollow Investors, Inc., on ther own behalf and on behalf of all others similarly situated., Norman R. Kirisits, TD Cody Investments, L.L.C., RTW High Investments, L.L.C., Oak Tree Investments, LLC., JM Walnut Investments LLC, JMA Sedgemoor Investments LLC, HNC Ditch Investments LLC, Carmel Partners L.P., BAMC Inc., Carol Trigilio, Jay Michener, Jeffrey M. Adams, Henry N. Camferdam, Jr, NRK Syracuse Investments, L.L.C., DKW Partners, DKW Lockport Investors, Inc., Donald A. Destefano. New Address: Whatley Drake & Kallas, LLC, 2001 Park Place Tower, Suite 1000, Birmingham, Alabama, 35203,. (djc) (Entered: 03/22/2007) |
| 04/25/2007 | 267 | ORDER; that the rate that may be billed by the Special Matters in this action appointed in Paragraph 16 of the Amended Order Preliminarily Certifying a Settlement Class pursuant to F.R.C.P. 23(b)(3); Preliminarily Approving Settlement with and Enjoining Claims Against the Jenkins & Gilchrist Dfts; Appointing Class Representatives and Class Counsel: Setting hearing date for Consideration of Final Settlement; and Providing for Notice and Confidential Treatment of Class Members Identities, dated 6/3/04, is hereby increased to 600 dollars per hour. The revised rate is effective as of 4/1/07. (Signed by Judge Shira A. Scheindlin on 4/23/07) (pl) (Entered: 04/26/2007) |
| 05/07/2007 | 268 | ORDER; that for the reasons state in the May 2 letter, the Special Masters proposed allocation criteria and recommendation of the Garden City Group, Inc. as the claims administrator are herby Approved. Further, the Special Masters periodic reports regarding claims experience and the incurring of costs shall be submitted to the Court on a quarterly basis. The Special Masters may bill the Settlement Fund on a monthly basis for their fees, but shall submit to the Court their invoices for prior approval. (Signed by Judge Shira A. Scheindlin on 5/4/07) (pl) (Entered: 05/08/2007) |
| 05/29/2007 | 269 | ORDER the total invoice amounts of $20,826 and $11,220, respectively, are hereby approved. So Ordered. (Signed by Judge Shira A. Scheindlin on 5/25/07) (jco) (Entered: 05/31/2007) |
| 06/22/2007 | 270 | ORDER; the Court has reviewed the invoices submitted for Michael D. Young and the Honorable Michael Dontzin, Co-Special Masters in this action, for work performed and expenses incurred for June 2007. The total invoice amounts of $8,040 and $4,200, respectively, are hereby approved. (Signed by Judge Shira A. Scheindlin on 6/22/07) (kco) (Entered: 06/26/2007) |
| 08/24/2007 | 271 | ORDER: I have reviewed the invoices submitted for Michael D. Young and the Honorable Michael Dontzin, Co-Special Masters in this action, for work performed and expenses incurred for end of June, July and August 2007. I find the invoices to be reasonable. Accordingly, the total invoice amounts of $11,700 and $5,700, respectively, are hereby APPROVED. (Signed by Judge Shira A. Scheindlin on 8/24/07) (tro) (Entered: 08/28/2007) |

| | | |
|---|---|---|
| 10/31/2007 | 272 | ORDER ; that I have reviewed the invoices submitted by Michael D. Young and the Honorable Michael Dontzin, Co-Special Masters in this action for work performed and expenses incurred for the end of August, September, and the first three weeks of October 2007. I find the invoices to be reasonable. Accordingly, the total invoice amount of $12,780.00 is hereby approved. (Signed by Judge Shira A. Scheindlin on 10/30/07) (pl) (Entered: 11/02/2007) |
| 01/22/2008 | 273 | ORDER: I have reviewed the invoices submitted by Michael D. young and the Honrable Michael Dontzin, Co-Special Masters in this action, for work performed and expenses incurred for the period from November 2007 through January 2008. I find the invoices to be reasonable. Accordingly, the total invoice amount of $33,660.00 is hereby approved. So Ordered. (Signed by Judge Shira A. Scheindlin on 1/22/08) (js) (Entered: 01/23/2008) |
| 03/24/2008 | 274 | ORDER I have reviewed the invoice submitted by Michael D. Young and the Honorable Michael Dontzin, Co-Special Master in this action, for work performed and expenses incurred for the period from January 29, 2008 through March 24, 2008. I find the invoice to be reasonable. Accordingly, the total invoice amount 0f $31,260.00 is hereby APPROVED. SO ORDERED. (Signed by Judge Shira A. Scheindlin on 3/24/2008) (jmi) (Entered: 03/25/2008) |
| 04/16/2008 | 275 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Michael D. Young dated 4/15/08 re: In this letter, Counsel describes and seeks the Court's approval of the initial distribution of the settlement proceeds that they intend to make. ENDORSEMENT: The distribution plan described above is hereby approved. (Signed by Judge Shira A. Scheindlin on 4/16/08) (tro) (Entered: 04/16/2008) |
| 04/29/2008 | 276 | ORDER that I have reviewed the invoice submitted by Michael D. Young and the Honorable Michael Dontzin, Co-Special Masters in this action, for work performed and expenses incurred for the period from 3/25/08 through 4/25/08. I find the invoice to be reasonable. Accordingly, the total invoice amount of $24,540.00 is hereby APPROVED. (Signed by Judge Shira A. Scheindlin on 4/28/08) (dle) (Entered: 04/29/2008) |

### PACER Service Center

### Transaction Receipt

05/30/2008 17:44:44

| PACER Login: | dp0116 | Client Code: | Leff-Tax |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:03-cv-05460-SAS-RLE |
| Billable Pages: | 30 | Cost: | 2.40 |