# EXHIBIT F

JAN 10 2006 12:36 FR DEUTSCHE BANK          212 797 4566 TO 912122596333          P.11

## TOLLING AGREEMENT

This Tolling Agreement (the "Agreement") is entered into as of December 30, 2005 between Leslie J. Leff and Ronnie Leff ("Claimants"), and Deutsche Bank AG and Deutsche Bank Securities, Inc. (collectively "Deutsche Bank").

WHEREAS, Claimants and Deutsche Bank believe that it is in their best interests, at the present time, to defer or avoid potential litigation between them;

NOW, THEREFORE, in consideration of the mutual promises contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1.  During the term of this Agreement, Claimants shall not institute any suit or proceeding against Deutsche Bank with respect to any claims, demands or causes of action described in Paragraph 2.

2.  If, after the date of this Agreement, Claimants file any action, complaint, petition or otherwise allege any claim for relief related in any manner to the foreign currency digital option transactions that Claimants and Deutsche Bank allegedly participated in, the parties hereto agree that the statute of limitations, other time limitations and any other defenses relating to time that may be asserted, whether statutory, equitable, contractual, or otherwise, with respect to any such claim shall be tolled during the term of this Agreement. No time which elapses during the period covered by this Agreement may be asserted or relied upon by Deutsche Bank in computing the running of time for purposes of any statute of limitations, laches, or other time limitation or defense with respect to any such claim, action or complaint.

JAN 10 2006 12:36 FR DEUTSCHE BANK    212 797 4566 TO 912122596333    P.12

3. Nothing in this Agreement shall revive any claim, action, suit, demand or cross-demand or defense that is or would be barred as of the date hereof, and nothing herein shall waive any claims or defenses any party hereto may have as of such date.

4. This Agreement is not, and shall not be construed to be, an admission or indication that any party hereto bears any actual or potential liability to any other person (whether or not a party to this Agreement) on any claim, action or complaint whatsoever and this Agreement may not be used or admissible for any purpose other than the tolling of any time period as set out in Paragraph 2 above.

5. Except as specifically provided herein, this Agreement shall not be deemed to constitute a waiver of any rights, claims or defenses of any party hereto as against any other individual, corporation, partnership or other entity not a party to this Agreement.

6. This Agreement shall terminate on the earlier to occur of:

   a. December 30, 2006, or

   b. 30 days after receipt of written notice of termination by either party as described in Paragraph 8.

7. This Agreement may be terminated by either party for any reason upon written notice to the other. The termination shall be effective 30 days after receipt of such notice. In the event of such termination, the period from the date hereof through the date the termination becomes effective shall not be asserted or relied upon in computing the running of time under any statute of limitations or by way of laches or other time limitations or defense (whether equitable, statutory, contractual or otherwise) with respect to any action, complaint, petition or other proceeding however styled, filed

JAN 10 2006 12:36 FR DEUTSCHE BANK     212 797 4566 TO 912122596333     P.13

hereafter by the parties arising out of the matters described in Paragraph 2 of this Agreement.

8. Notice shall be by facsimile, with hard copy to follow by certified mail, return receipt requested, and shall be effective on the date of receipt. Notice to Claimants shall be sent to:

>Patrick J. O'Brien
>Attorney At Law
>17 West Jefferson Street, Suite 102
>Rockville, MD 20816
>Tel. No.: (301) 263-9270
>Fax No.: (301) 263-9273
>
>Attn.: Patrick J. O'Brien, Esq.

Notice to Deutsche Bank shall be sent to:

>Dewey Ballantine LLP
>1301 Avenue of the Americas
>New York, NY 10019-6092
>Tel. No.: (212) 259-8000
>Fax No.: (212) 259-6333
>
>Attn.: Lawrence M. Hill, Esq.
>    Seth C. Farber, Esq.

With a copy to:

>Deutsche Bank AG, New York
>60 Wall Street
>New York, NY 10005
>Tel. No.: (212) 250-8607
>Fax No.: (212) 797-4567
>
>Attn.: Marla Alhadeff, Esq.
>    Director and Senior Counsel

9. This Agreement is an integrated agreement containing all the terms agreed upon by the parties with respect to the subject matter of this Agreement.

3

JAN 10 2006 12:36 FR DEUTSCHE BANK        212 797 4566 TO 912122596333        P.14

Except as may be expressly provided herein, the Agreement supersedes all prior and contemporaneous oral or written statements, representations and agreements concerning the subject matter of this Agreement, and it may not be amended except by a writing executed by all the parties hereto.

10. The parties represent that each of them has been represented by counsel and has consulted with counsel in connection with the drafting, execution and negotiation of this Agreement.

11. The parties agree that this Agreement has been jointly drafted and, in the event of any dispute arising out of this Agreement, it shall not be construed or interpreted for or against either party on the grounds that one of the parties was a draftsperson.

12. This Agreement may be executed in counterparts. Executed copies sent by facsimile shall be deemed to be the equivalent of signed originals.

13. This Agreement shall be construed in accordance with, and be governed by the internal laws of the State of New York, without regard to principles of conflicts of law.

_____
Leslie J. Leff

_____
Ronnie Leff

Deutsche Bank AG
By: _____
Maria Alhadeff
Director and Senior Counsel

4

JAN 10 2006 12:37 FR DEUTSCHE BANK        212 797 4566 TO 912122596333        P.15

Deutsche Bank Securities, Inc.

By: _____
Marla Alhadeff
Director and Senior Counsel

NY1 835408v1

JAN 10 2006 12:37 FR DEUTSCHE BANK        212 797 4566 TO 912122596333        P.15