# EXHIBIT G

## AMENDMENT TO TOLLING AGREEMENT

THIS AMENDMENT TO TOLLING AGREEMENT ("Amendment") is entered into this 30th day of December 2006, by and between Leslie J. Leff and Ronnie Leff ("Claimants"), on the one hand, and Deutsche Bank AG and Deutsche Bank Securities, Inc. (collectively "DEUTSCHE BANK"), on the other hand (together, the "PARTIES").

WHEREAS, Claimants and DEUTSCHE BANK previously entered into that certain Tolling Agreement with an effective date of December 30, 2005 (the "Agreement");

WHEREAS, Claimants and DEUTSCHE BANK wish to amend the Agreement to further extend the term of the Agreement but in all other respects leave the Agreement unchanged;

WHEREAS, Claimants and DEUTSCHE BANK wish to amend the Agreement to extend the term of the Agreement but in all other respects leave the Agreement unchanged;

NOW, THEREFORE, in consideration of the mutual promises contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree to amend as follows:

1. The "Lapse Date" referenced and defined in paragraph 1 of the Agreement (and amended by the original Amendment) is hereby amended to be December 30, 2007.

2. In all other respects, the terms of the Agreement are unchanged by this Amendment.

IN WITNESS WHEREOF, the Parties hereto agreed to and executed this Second Amendment as of the date and year first written above.

_Leslie J. Leff_
Leslie J. Leff

_Ronnie Leff_
Ronnie Leff

By: _____

Deutsche Bank AG and
Deutsche Bank Securities, Inc.

By: _____