## CERTIFICATE OF SERVICE

I, David S. Pegno, an attorney for Plaintiffs Leslie J. Leff and Ronnie H. Leff, certify that on June 3, 2008, I caused a copy of the *Plaintiffs' Memorandum of Law in Opposition to Deutsche Bank's Motion to Dismiss the Complaint* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a copy of the foregoing via e-mail to: Erin L Ziaja at eziaja@dl.com.  A copy of the foregoing will also be delivered to the following:

    Jeffrey J. Amato
    Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
    New York, NY 10019

    Seth C. Farber
    Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
    New York, NY 10019-6092

    Benjamin Sokoly
    Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
    New York, NY 10019-6092

    /s/ David S. Pegno
    Attorney for Plaintiffs