IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LESLIE J. LEFF and RONNIE H. LEFF,     :

       Plaintiffs,       :

       v.         :     Case No. 08C 0733

DEUTSCHE BANK AG, and DEUTSCHE BANK   :      Judge Robert M. Dow
SECURITIES, INC., D/BA/ DEUTSCHE BANK
ALEX. BROWN, a DIVISION OF DEUTSCHE    :      Magistrate Judge Keys
BANK SECURITIES, INC.,         :

       Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEUTSCHE BANK AG AND DEUTSCHE BANK SECURITIES INC.'S
UNOPPOSED MOTION FOR AN EXTENTION OF TIME AND TO EXCEED
THE PAGE LIMIT ON THEIR REPLY IN FURTHER SUPPORT OF THEIR
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

       Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. (collectively,

"Deutsche Bank") respectfully move this Court to enter an Order granting Deutsche Bank (i) an

extension of time to and including June 24, 2008 to serve and file the reply memorandum of law

in further support of Deutsche Bank's Motion to Dismiss and (ii) permission to exceed the 15

page limit prescribed by Local Rule 7.1 by no more than 10 pages for the reply memorandum of

law in further support of Deutsche Bank's Motion to Dismiss.  Respectfully, this motion does not

waive any of Deutsche Bank's rights, defenses and objections, all of which are reserved.  In

support of its motion, Deutsche Bank states as follows:

       1.       Plaintiffs' Complaint consists of 59 pages and 239 paragraphs, and asserts

claims against Deutsche Bank for (i) breach of fiduciary duty and aiding and abetting breach of

fiduciary duty; (ii) negligent misrepresentation; (iii) violations of the Illinois Consumer Fraud

and Deceptive Business Practices Act, (iv) fraud, aiding and abetting fraud and conspiracy to defraud; (v) breach of contract and (vi) negligence.  These claims stem from Plaintiffs' implementation of various alleged tax strategies.

2.    On April 28, 2008, Deutsche Bank served and filed a Motion to Dismiss all claims asserted on multiple grounds pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, along with a 30 page memorandum of law in support of its Motion to Dismiss.

3.    On June 3, 2008, Plaintiffs served and filed a 45-page opposition to Deutsche Bank's Motion to Dismiss contesting Deutsche Bank's arguments for dismissal on multiple grounds.  The opposition also challenges the laws that Deutsche Bank contends apply, thus raising choice of law issues.

4.    Deutsche Bank's reply memorandum of law in further support of its Motion to Dismiss is currently due to be served and filed on June 17, 2008.

5.    Local Rule 7.1 provides that a brief in support of any motion shall not exceed 15 pages without prior approval of the Court.

6.    Due to the length of the Complaint, the number of alleged tax strategies involved, the number of claims asserted, the various grounds upon which Deutsche Bank believes that Plaintiffs' claims are deficient, and the number and complexity of the arguments raised by Plaintiffs in defense of their claims, Deutsche Bank needs additional time and pages in order to adequately and fully address the arguments raised by Plaintiffs in their opposition and to facilitate the Court's adjudication of each of the claims asserted against Deutsche Bank.

7.    Accordingly, Deutsche Bank respectfully requests (i) an extension of time to and including June 24, 2008 to file its reply memorandum of law in further support of its

Motion to Dismiss and (ii) leave to exceed the page limit specified in Local Rule 7.1 and to file a

reply memorandum of law in further support of its Motion to Dismiss not exceeding 25 pages.

8.    Counsel for Deutsche Bank has conferred with counsel for Plaintiffs and

has been informed that Plaintiffs do not oppose Deutsche Bank's request for an extension of time

and to exceed the page limit specified in Local Rule 7.1.

WHEREFORE, Deutsche Bank respectfully requests that the Court enter an Order

granting Deutsche Bank (i) an extension of time to and including June 24, 2008 to file its reply

memorandum of law in further support of its Motion to Dismiss and (ii) permission to exceed the

15 page limit prescribed by Local Rule 7.1 by no more than 10 pages.

Dated:  Chicago, Illinois
        June 13, 2008

Respectfully submitted,

DEWEY & LeBOEUF LLP


By:____/s/ Erin L. Ziaja_____
   Erin L. Ziaja (ID # 6278775)              Seth C. Farber (admitted *pro hac vice*)
Two Prudential Plaza, Suite 3700            DEWEY & LeBOEUF LLP
180 North Stetson Avenue                    1301 Avenue of the Americas
Chicago, Illinois 60601                     New York, New York 10019-6092
Telephone:  (312) 794-8000                  Telephone:  (212) 259-8000
Facsimile:  (312) 794-8100                  Facsimile:  (212) 259-6333
eziaja@dl.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*