IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LESLIE J. LEFF and RONNIE H. LEFF,               :
                                                 :
                Plaintiffs,                      :
                                                 :
        v.                                       :   Case No. 08C 0733
                                                 :
DEUTSCHE BANK AG, and DEUTSCHE BANK              :   Judge Robert M. Dow
SECURITIES, INC., D/BA/ DEUTSCHE BANK            :
ALEX. BROWN, a DIVISION OF DEUTSCHE              :   Magistrate Judge Keys
BANK SECURITIES, INC.,                           :
                                                 :
                Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF UNOPPOSED MOTION FOR AN EXTENSION OF TIME
AND TO EXCEED PAGE LIMIT**

**PLEASE TAKE NOTICE** that on June 19, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, counsel for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1719 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present their Unopposed Motion For An Extension Of Time And To Exceed The Page Limit On Their Reply in Further Support of Their Motion To Dismiss Plaintiffs' Complaint.

Dated: Chicago, Illinois
June 13, 2008

Respectfully submitted,
DEWEY & LeBOEUF LLP

By: /s/ *Erin Ziaja*

| | |
|---|---|
| Erin L. Ziaja (ID # 6278775) | Seth C. Farber (admitted *pro hac vice*) |
| Two Prudential Plaza, Suite 3700 | DEWEY & LeBOEUF LLP |
| 180 North Stetson Avenue | 1301 Avenue of the Americas |
| Chicago, Illinois 60601 | New York, New York 10019-6092 |
| Telephone: (312) 794-8000 | Telephone: (212) 259-8000 |
| Facsimile: (312) 794-8100 | Facsimile: (212) 259-6333 |

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*