## CERTIFICATE OF SERVICE

    I, Erin L. Ziaja, an attorney for Defendants Deutsche Bank AG, and Deutsche Bank Securities, Inc., certify that on June 13, 2008, I caused a copies of *Notice of Unopposed Motion for an Extension of Time and To Exceed Page Limit* and *Deutsche Bank AG and Deutsche Bank Securities Inc.'s Unopposed Motion for an Extension of Time and to Exceed the Page Limit on Their Reply in Further Support of Their Motion to Dismiss Plaintiffs' Complaint* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a copy of the foregoing via e-mail to: David S. Pegno at dpegno@dpklaw.com, Wendy J. Reisman at wreisman@dpklaw.com and Patrick J. O'Brien at pjob51@yahoo.com.  A copy of the foregoing will also be delivered via U.S. Mail to the following:

| | |
|---|---|
| David S Pegno<br>Wendy J. Reisman<br>Dewey, Pegno & Kramarsky, LLP<br>220 East 42nd Street<br>33rd Floor<br>New York, NY 10017 | Patrick J O'Brien<br>O'Brien & O'Brien, P.C.<br>5101 River Road<br>Suite 614<br>Bethesda, MD 20816 |

                                                            /s/  Erin L. Ziaja
                                                        Attorney for Defendants