UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Leslie J. Leff, et al.
                              Plaintiff,

v.                                                Case No.: 1:08−cv−00733
                                                  Honorable Robert M. Dow Jr.

Deutsche Bank AG, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr:Deutsche Bank AG and
Deutsche Bank Securities Inc.'s Unopposed Motion for an extension of time and to exceed
the page limit on their reply brief [34], by no more than 10 pages, is granted. Time to file
reply brief in further support of their motion to dismiss is extended to 6/24/08. Notice of
Motion date of 6/19/08 is stricken and no appearance will be necessary on that
date.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.