Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 733 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Leslie J. Leff, et al vs. Deutsche Bank AG, et al | | |

**DOCKET ENTRY TEXT**

ENTER STIPULATION AND ORDER OF DISCOVERY.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|