UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESLIE J. LEFF and RONNIE H. LEFF,<br><br>Plaintiffs,<br><br>-against-<br><br>DEUTSCHE BANK AG, and DEUTSCHE BANK SECURITIES, INC., D/B/A DEUTSCHE BANK ALEX BROWN, a DIVISION of DEUTSCHE BANK SECURITIES, INC.;<br><br>Defendants. | Case No. 08C 0733 (RMD) (AK)<br><br>**STIPULATION AND ORDER ON DISCOVERY** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, that:

1. The parties will serve their first sets of document requests and interrogatories on or before August 4, 2008. Interrogatories shall be limited to those seeking the identity and location of witnesses (including the matters as to which the witnesses are knowledgeable) and the existence, location, custodian and general description of relevant documents and other physical evidence.

2. The parties will serve responses and objections to the first sets of document requests and interrogatories on or before September 5, 2008.

3. The parties will commence document production on a rolling basis on or before September 19, 2008.

4. Third-party discovery, limited to documents only, shall commence September 19, 2008.

5.  The parties have agreed at this time to limit discovery to the foregoing in light of Defendants' pending motion to dismiss the Complaint. If, however, during the pendency of that motion, any party shall have grounds for seeking additional discovery, including depositions, it may do so, subject to the right of the other party to move for a protective order either on the grounds that such discovery should not proceed until resolution of the motion to dismiss or on any other appropriate ground.

Dated: July 29, 2008

DEWEY PEGNO & KRAMARSKY LLP        DEWEY & LEBOEUF LLP

_____            _____
David S. Pegno                     Seth C. Farber
220 East 42nd Street               1301 Avenue of the Americas
New York, NY 10017                 New York, NY 10019
Telephone: (212) 943-9000          Telephone: (212) 259-8000

*Attorneys for Plaintiffs*         *Attorneys for Defendants*


SO ORDERED.                        _____
                                   Honorable Robert M. Dow, Jr.
July 29, 2008                      United States District Judge

2