# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Leslie J. Leff, et al.

                    Plaintiff,

v.                                Case No.: 1:08−cv−00733
                                            Honorable Robert M. Dow Jr.

Deutsche Bank AG, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the discussion at the 7/16/08 status hearing and the parties' submission of a stipulation and order on discovery [42], the status hearing set for 9/11/08 is stricken and reset for 10/15/08 at 9:30. The status will be conducted by telephone per the prior arrangements.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.